UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                         )<br>)<br>)<br>MICHAEL FOWLER              )<br>a/k/a MICHAEL SMITH         ) | CRIMINAL NO. 04 CR 10308 JLT<br>VIOLATIONS:<br>18 U.S.C. § 922(a)(1)(A)<br>Dealing in Firearms<br>Without a License<br><br>18 U.S.C. § 922(g)(1)<br>Felon in Possession of<br>Firearms and Ammunition<br><br>18 U.S.C. § 922(k)<br>Possession of Firearms with<br>Obliterated Serial Numbers<br><br>18 U.S.C. § 922(a)(3)<br>Transporting Firearms Into<br>One's State of Residence<br><br>26 U.S.C. § 5861(d) Possession<br>of Unregistered Firearms<br><br>26 U.S.C. § 5861(f) Making<br>Unregistered Firearms<br><br>42 U.S.C. § 408(a)(7)(B)<br>Misuse of Social Security<br>Number<br><br>18 U.S.C. § 1028(a)(6)<br>Possession of False<br>Identification Documents |

**INDICTMENT**

COUNT ONE: (18 U.S.C. § 922(a)(1)(A)--Engaging in the Business of Dealing in Firearms Without a License)

   The Grand Jury charges that:

   Between on or about January 1, 2002 and on or about January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

         MICHAEL FOWLER, a/k/a MICHAEL SMITH,

1

defendant herein, not being a licensed importer, manufacturer or dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, including the following:

    a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;

    a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

    a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

    a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

    a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

    a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

    a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

    a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

    a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

    a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

    a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

    a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

    a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

    a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).


COUNT TWO: (18 U.S.C. § 922 (g)(1) -- Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

Between on or about January 1, 2002 and on or about January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, the following firearms:

3

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z;

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110;

and ammunition, including eight hundred and forty rounds of Wolf 7.62 mm ammunition, eight hundred and twenty rounds of LC .223 ammunition, five hundred and fifty rounds of NCI 9mm ammunition, four hundred and twenty rounds of Western 9mm ammunition, four hundred rounds of CCI .22 caliber ammunition, two hundred and fifty-eight rounds of Federal 9mm ammunition, one hundred and forty-four rounds of Winchester 9mm ammunition, one hundred and twenty rounds of Federal .40 caliber ammunition, one hundred rounds of Speer 10 mm ammunition, fifty-eight rounds of Winchester .380 caliber ammunition, fifty rounds of Federal .40 caliber ammunition, fifty rounds of Midway .38 caliber ammunition, thirty-two rounds of Winchester .357 caliber ammunition, twenty rounds of Federal .357 caliber ammunition, fourteen rounds of Remington .40 caliber ammunition, one round of Winchester .380 caliber ammunition, one round of Wolf .223 ammunition, six hundred and forty-nine rounds of assorted 9mm ammunition, forty-four rounds of assorted .38 caliber ammunition, sixteen rounds of assorted .45 caliber ammunition, eight rounds of assorted .40 caliber ammunition, and three rounds of assorted .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: (18 U.S.C. § 922(k)--Possession of Firearms with Obliterated Serial Numbers)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did possess the following firearms which had the importer's or manufacturer's serial number obliterated, or altered, and had, at any time, been shipped or transported in interstate or foreign commerce:

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110

All in violation of Title 18, United States Code, Section 922(k).

COUNT FOUR: (18 U.S.C. §922(a)(3)--Transporting Firearms Into One's State of Residence)

The Grand Jury charges that:

7

Between on or about January 1, 2002 and January 22, 2004, in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, did purchase the following firearms outside of the state where he resided and did transport them into or receive them in the state where he resided:

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561;

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial

number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110.

All in violation of Title 18, United States Code, Section 922(a)(3).

COUNT FIVE: (26 U.S.C. § 5861(d)--Possession of an Unregistered Firearm)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did possess four firearm silencers, meaning any device for silencing, muffling, or diminishing the report of a portable firearm, without having registered them in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

All in violation of 26 United States Code, Section 5861(d).

COUNT SIX: (26 U.S.C. § 5861(f)--Making an Unregistered Firearm)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004 in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did make, manufacture, put together or otherwise produce four firearm silencers, meaning any device for silencing, muffling, or diminishing the report of a portable firearm.

All in violation of 26 United States Code, Section 5861 (f).

COUNT SEVEN: (42 U.S.C. § 408 (a)(7)(B)--Misuse of Social Security Number)

The Grand Jury charges that:

On or about February 19, 2000, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER, a/k/a, MICHAEL SMITH

defendant herein, with intent to deceive, falsely represented a number, in an application for renewal of a Massachusetts driver's license, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408 (a)(7)(B).

COUNT EIGHT: (18 U.S.C. § 1028 (a)(6)--Possession of False Identification Documents)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did knowingly possess an identification document that is or appears to be an identification document of the United States which was produced without lawful authority with knowledge that it was produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(6).

The Grand Jurors also find that:

1. The defendant possessed twenty-eight firearms in the District of Massachusetts between January 1, 2002 and January 22, 2004. Included in this number the eight firearms that were recovered by law enforcement officers in Massachusetts. Also included in this number are three firearms represented by test fire envelopes containing shell casings that were fired by the manufacturer from each of those weapons and that were recovered in the possession of the defendant. Also included in this number are six firearms represented by serial number plates that had been removed and that were recovered in the possession of the defendant. Also included in this number are five firearms that have not been recovered but that were sold to the defendant by an individual in New Hampshire at the same time that he sold the defendant a firearm that was recovered by law enforcement in Massachusetts. Also included in this number is one firearm represented by the serialized factory box for that firearm that was recovered in the possession of the defendant. Also included in this number is the firearm represented by the receipt for a firearm that was recovered in the possession of the defendant. Also included in this number are four firearm silencers that were recovered in the possession of the defendant.

2. The defendant transferred at least one of the firearms to others with knowledge, intent or reason to believe that it would be used or possessed in connection with another felony offense.

3. The defendant committed these offenses while on probation.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
JAMES F. LANG
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; September 29, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK    9/29/04 @ 2:00pm

**04 CR 10308 JLT**

✤JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** ATF _____

**City** Lynn _____    **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004  M0479RBC
Search Warrant Case Number    04-M0451-RBC
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Michael Fowler _____    Juvenile    ☐ Yes    ☒ No

**Alias Name** Michael Smith _____

**Address** 50 County Way, Portland, Maine 04102 _____

**Birth date (Year only):** 1970    **SSN (last 4 #):** 1038    **Sex** M    **Race:** W    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Marianne C. Hinkle _____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** _____

☒ Already in Federal Custody as   U.S. Marshals   in   District of Maine
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/29/04    **Signature of AUSA:** _____

**04 CR 10308 JLT**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Michael Fowler

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearm Without A License | 1 |
| Set 2 | 18 U.S.C. § 922 (g)(1) | Felon in Possession of Firearms and Ammo. | 2 |
| Set 3 | 18 U.S.C. § 922 (k) | Possession of Firearms with Oblit. Number | 3 |
| Set 4 | 18 U.S.C. § 922(a)(3) | Transporting Firearms | 4 |
| Set 5 | 26 U.S.C. § 5861 (d) | Possession of Unregistered Firearm | 5 |
| Set 6 | 26 U.S.C. § 5861 (f) | Making An Unregistered Firearm | 6 |
| Set 7 | 42 U.S.C. § 408 (a)(7)(B) | Misuse of Social Security Number | 7 |
| Set 8 | 18 U.S.C. 1028(a)(6) | Possession of False Identification Document | 8 |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: