UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-10308-COUR
) DISTRICT OF MASS.
MICHAEL FOWLER )

2004 OCT -5 P 4: 11

## GOVERNMENT'S STATUS REPORT

In response to the Court's request for a status report on Michael Fowler's pending case in Maine, I contacted Assistant United States Attorney Gail Malone of the District of Maine. AUSA Malone told me that Michael Fowler is charged in a two count indictment in that District, Criminal No. 04-09-B-W. The case is currently on the trial list, however, Fowler's counsel, Jeffrey Silverstein, has requested additional time to file pre-trial motions. I asked AUSA Malone to inquire about the possibility of a Rule 20 transfer. Mr. Silverstein, indicated to her that he is not interested in a Rule 20 transfer at this time but that he might be interested in consolidating the cases for motions and possible trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Marianne C. Hinkle
Assistant U.S. Attorney
Date: October 5, 2004