UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10308-JLT
)
MICHAEL FOWLER )
)
)

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through United States Attorney Michael J. Sullivan Assistant United States Attorney William H. Connolly, respectfully represents:

1. That MICHAEL FOWLER, DOB: 8/3/70, is presently in the custody of the United States Marshals Service, 156 Federal Street, Portland, Maine, 04101, and is being housed at the Cumberland County Jail, 50 County Way, Portland, Maine, 04102.

2. That on September 29, 2004, MICHAEL FOWLER was indicted in the above-captioned case.

4. That MICHAEL FOWLER has not yet appeared before the United States District Court in Boston, Massachusetts.

5. That an initial appearance in the above-captioned case is scheduled for October 20, 2004.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the United States Marshals Service, 156 Federal Street, Portland, Maine, 04101, or to any other person having custody and control of MICHAEL FOWLER, commanding them to produce MICHAEL FOWLER before the United States District Court, District of Massachusetts, for

the purpose of an initial appearance.

                                                Respectfully submitted,

                                                Michael J. Sullivan
                                                United States Attorney

                                  By: _____
                                                William H. Connolly
                                                Assistant U.S. Attorney

ALLOWED:


_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE