# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA,**

     **V.**                        **CRIMINAL NO. 2004-10308-JLT**

**MICHAEL FOWLER.**

## *ORDER*

**COLLINGS, U.S.M.J.**

      **Defendant Michael Fowler appeared before the Court on October 20, 2004. Despite the fact that he is indigent and entitled to appointed counsel, he declined to request appointed counsel and stated that he wished to represent himself.  Despite the Court's strong advice that representing himself was a very bad idea, the defendant persisted in his desire to proceed *pro se*.  He did agree to have standby counsel appointed, and the Court appointed Leo Sorokin, Esquire, of the Federal Defender Office as standby counsel.**

      **Accordingly, the Clerk shall insure that the docket reflects that the defendant is representing himself and that Mr. Sorokin has been appointed only as standby counsel. Further, the Clerk shall insure that the docket reflects the defendant's current address, i.e., Cumberland County Jail, 50 County Way, Portland, Maine 04102.  The Clerk shall further insure that all mailings from the Court are sent to both the defendant and Mr. Sorokin.**

                                         */s/ Robert B. Collings*
                                         **ROBERT B. COLLINGS**
**October 20, 2004.**                   **United States Magistrate Judge**