# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA,**

      **V.**                                                        **CRIMINAL NO. 2004-10308-JLT**

**MICHAEL FOWLER.**

## *MEMORANDUM AND ORDER*

**COLLINGS, U.S.M.J.**

The above-listed defendant was arraigned before me on October 20, 2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on October 20, 2004.

The Assistant U.S. Attorney, the defendant and standby counsel are ORDERED to appear for an Initial Status Conference on <u>**THURSDAY, DECEMBER 2, 2004 AT 3:30 P.M.**</u> at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.[1]

                                                                       */s/ Robert B. Collings*
                                                                      **ROBERT B. COLLINGS**
**October 20, 2004.**                                           **United States Magistrate Judge**

---

[1] The conference will be continued if the defendant is unable to appear due to his presence being necessary in the ongoing criminal proceedings in the District of Maine. The indictment in the District of Maine predates the indictment in the instant case.