# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA,**

      V.                      **CRIMINAL NO. 2004-10308-JLT**

**MICHAEL FOWLER.**

### ORDER PURSUANT TO
### *UNITED STATES V. KING*,
### 818 F.2d 112, 115, footnote 3 (1 Cir., 1987)

**COLLINGS, U.S.M.J.**

      The defendant appeared before the undersigned on October 20, 2004. He represented himself assisted by standby counsel. The Government moved for a detention hearing. The defendant is currently held in federal custody in the District of Maine awaiting trial. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from federal custody in the District of Maine in accord with the protocol set forth in *United States v. King*, 818 F.2d 112, 115, footnote 3 (1 Cir., 1987).

      I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case. *Id.* It is ORDERED that the detention hearing be, and the same hereby is, CONTINUED GENERALLY. It is FURTHER ORDERED that the defendant be, and he hereby is, DETAINED pending the detention hearing. *See* 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained...".). The U.S. Marshal is ORDERED to lodge a detainer against the defendant with the United States Marshal for the District of Maine on

the basis of the within Order.

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. Sec. 3145(b).

/s/ *Robert B. Collings*
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**October 20, 2004.**