# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:    The US Marshal Service - Maine

156 Federal St. 1st Floor

Portland, ME 04101

YOU ARE COMMANDED to have the body of   MICHAEL V. FOWLER    (DOB: 1970)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14 , on the    5th    floor, Boston, Massachusetts on    December 2, 2004   , at   3:30 PM   for the purpose of   Initial Status Conf.   in the case of UNITED STATES OF AMERICA V.    Michael V. Fowler   Docket Number    04-10308   .

And you are to retain the body of said    Michael V. Fowler    while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said    Michael V. Fowler    to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   22nd   day of    November, 2004   .

                                                             TONY ANASTAS
                                                             CLERK OF COURT

SEAL

By: *Noreen A. Russo*
          Noreen A. Russo, Deputy Clerk
          To the Honorable Robert B. Collings

(Habeas.Fowler.November.wpd - 2/2000)