UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

MICHAEL FOWLER
A/K/A MICHAEL SMITH

INDICTMENT
# 04-10308-JLT

DEFENDANTS
MOTION FOR FULL AND COMPLETE DISCOVERY
PER FED.CRIM.R.PRO. 12 and 16.

The Defendant, herein, MICHAEL FOWLER A/K/A MICHAEL SMITH in Nom De Jure, hereafter, known as (Deft.).;

Deft. herein moves, to RESERVE ALL RIGHTS UNALIENABLE per UniformCommercial Code title 1-207 without prejudice.

Deft. moves, demands, full and complete Discovery all Evidence, Informations, Reports, Statements, Affidavits, Communications either Internal or External of any nature whatsoever in Possession, Receipt, Control, Custody of any Government Entity or its Agent(s), Employee(s), or Agency, Department, Unit

page One

, Office of Any Political Organization(s) Employee(s) or Agent(s) Thereof ; (i.e.. Means all material, tangible or intangible, either exculpatory or inculpatory shall be disclosed, or FOREVER AT BAR AGAINST THE DEFT. IN ANY PROCEEDINGS OF ANY NATURE, And, Such NON-DISCLOSURE, shall constitute a WAIVER of such right with prejudice. ;)

Deft. adopts Rule 16, and enumerated in Fed. Local Rule 116.1 & 6.

Deft. Shall not authorize no ~~such~~ Such WAIVER OF RIGHTS OF ANY KIND EITHER Alienable or UnAlienable, in past, present, or Future — Subsequentally, For FUTURE WAIVERS OF ANY RIGHTS SHALL BE PUT FORTH IN WRITING, AND SIGNED BY ALL PARTIES AND BINDING in COMMON LAW CONTRACTS Per UNIFORM COMMERCIAL CODE(S) APPLICABLE THERETO. ; But not limited to.

DATE: November 19th 2004.

X. MICHAEL FOWLER
50 COUNTY WAY
PORTLAND, MAINE
04102

UCC § 1-207 w/o-P.
All Rights Reserved

page Two