UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES
vs.
MICHAEL FOWLER

INDICTMENT
04-10308-JLT

DEFENDANTS
MOTION TO CONTINUE CONFERENCE
PER RULE 45; 18 USC § 3161

The Defendant, Herein, Michael Fowler, Hereafter, known as the (Deft.), pro se.

The Deft. moves to continue the scheduled (Local Rule 116.1(D)(1)) and Local Rule 116.5 (A)(1-7); (B),(1-5); (C),(1-9); and (D),(1-6); but not limited, to .. (Status Conference - Initial), was scheduled, on and for December 2nd, 2004.

The Department, Hereafter, known as the (DOJ). The DOJ has yet to provide the Local Rule 116.1(C)(1) "Automatic Discovery Provided by the Government".

page 1-4.


The Deft. needs this Discovery to adequately prepare for the Initial Status Conference, per, Local Rule 116.5(A) et seq.; But not limited to.

The Deft. request the Conference be rescheduled, after the Christmas Holidays, for Some date at the end of January 2005 or February 2005.

The Deft. also, needs to be available in Maine of a open case in York Superior Court Docket # 04-274, in early December either the 1st or 2nd week, for disposition.

The Deft. also has a out-side Medical Appointment with his Doctor, Scheduled for the month of January 2005. Date unknown to the Deft. for Security reasons. Dr. Brian Daihks, MD, 51 Sewall Street, Portland, Maine or/Contact Correctional Medical Services here at the Cumberland County Jail 50 County Way, Portland, Maine 04102-2755.

The Deft. expects Medical Appoints quarterly, and lab work done monthly

page 2 - 4.

with Appropriate Medical follow-ups with Medical Treatment(s).

Further, the Deft.'s Federal Case is next Scheduled for trial on February 7th '2005, in Bangor, Maine Indictment # CR-04-9-B-W.

Therefore, the Deft. request that this Motion be GRANTED. The Continuance per Fed. Crim. R. Proc. 45(b)(1), and title 18 USC § 3161(h)(8)(A), but not limited to. The Deft. states that full Consideration of the upcomming Medical appointments and treatment and qaurterly follow-ups; and his upcomming un-related State Cases in December '2004, are compelling.

And, the (FACT), that the DOJ has yet to comply with the Courts Local Rule 116.1(C), in respects to the Automatic Discovery. The Deft. has not made waiver to this local rule. (i.e.. L. Rule 116.1-5, et seq.).

Page 3-4.

Now taking into consideration of this motion, and title 18 USC § 3161 and local Rules 116.1-5 et seq., and Fed. Crim. P. Rule 45, but not specifically limited to; That this request be allowed in favor of the Deft.

The Deft.'s mailing address is, currently: 50 County Way, Portland, Maine 04102-2755 at the Cumberland County Jail.

This motion has been filed via US Mail Regular Domestic Post 1st Class on this 19th Day, November, 2004. AD.

Date: November, 19, 2004.

X. Michael Fowler
50 County Way
Portland, Maine
04102

Page 4-4.

All Rights Reserved.
UCC § 1-207 w/p.