# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                                     CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER,
        Defendant.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on December 2, 2004; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is extended to the close of business on Thursday, January 27, 2004.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;*

the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)   No.

(4)   The defendant shall be prepared to state what non-discovery type motions he wishes to file at the Interim Status Conference scheduled, *infra.*

(5)   *See* Order of Excludable Delay entered this date.

(6)   A trial will be necessary and will take ten (10) trial days.

(7)   An Interim Status Conference is set for **Wednesday, February 23, 2005 at 11:00 A.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 2, 2004.