# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/29/2004 - Indictment returned.

10/20/2004 - Initial Appearance/Arraignment

10/21 - 11/17/2004 - Excluded as per L.R. 112.2(A)(2)

11/29 - 12/2/2004 - Filing to decision on Motions ## 12 & 13.

12/2/2004 - Conference held.

12/3/2004 - 1/27/2005 -    Continuance granted so that the defendant may review the Government's discovery and write any discovery letters to the Assistant U.S. Attorney. I find that the

ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of January 27, 2005, TWELVE (12) non-excludable days will have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 2, 2004.