UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
MICHAEL FOWLER A/K/A
MICHAEL SMITH

DOCKET
04 CR 10308 JLT

DEFENDANTS PRO SE MOTION FOR
COURT ORDER FOR LAW LIBRARY ACCESS

The Defendant moves herein pro se, for a Court Order, for access to Law Library Services, wherever, he may be held, while in the custody of the U.S. Marshal's Service.

The Defendants is being held at Essex County Correctional Facility, in Middeton, Massachusetts since, December 1st 2004. The Defendant has requested additional Access to the facility law library to prepare his Pro Se defense. The facility has failed to grant the access, rather, demands a court order for such additional access of twelve (12) or more each week.

The Defendant has respectfully requested that the facility comply with Bounds v. Smith 430 US 817, 52L LEd.2d.72, 92 SCt. 1491, and see Bell v. Wolfish 441 US 520, 99 S.Ct. 1861.

The defendant prays that the court allow

page 1 of 2.

This motion for a court order, or some other type of remedy to ensure the defendants Pro Se rights, due process, are not violated.

The defendant has prepared this motion, in light of <u>Haines v. Kerner</u> 404 US 519, 30 L.Ed. 2d. 652, 92 S.Ct. 594, that relief, consideration is most favorable to the defendant, is taken in notice, with the whole intentions, intent of the defendant. Further, the Defendant asserts that he has attempted since December 1st 2004 to gain access to law library services, to no avail.

The defendant only seeks to get the facility, wherever, the defendant may be held, detained in to comply with rulings of the US Supreme Court, at minimum.

I have made filing of this motion on this 28th day of December, of 2004. By U.S. Regular Mail.

The defendant requests that this motion be scheduled and ordered/relief granted at the nearest availibility of the Court, as the defendant has upcomming court deadlines that must be met.

Respectfully Submitted.
x Micheal Smith-Fowler
Defendant, Pro Se.

December 28th 2004

Micheal Fowler
Essex Cnty. Jail
PO Box 807, Unit 2401
Middleton, Mass 01949