UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
Michael Fowler A/K/A
Michael Smith

Docket #
2004-10308 JLT.

DEFENDANTS' NOTICE OF LOCATION

The Defendant, hereafter, known as the (Deft.), moves pro se, hereby, make it to be known that the Deft. mailing address has changed, as the Deft. has not been returned to the District of Maine, at the Cumberland County Jail, 50 County Way, Portland, Maine 04102

On October 20th 2004, Magistrate Collins, Made ORDER, that the docket reflect the Deft's current mailing address.

On December 2nd 2004, The Deft. was before the Court, the Deft. was supposed to be RETURNED to the District of Maine. As of January 4, 2005 the Deft. has yet to be returned to Maine.

Therefore, the Deft. makes notice that the current location and mailing address ——

Cont'd.

page 1/—

is as follows, and, is subject to change depending on pre-trial detention location(s) chosen by the US Marshal's Service, either of Maine or Massachusetts.

Mail To:  Michael Fowler
PO Box 807, Unit 2400
Essex Cnty. Jail # 101109
Middleton, Mass 01949

Further, the Deft. asserts, and makes Notice, that he has received NO court mailings since prior to December 2d '2004, up'til present date.

This notice has been mailed by US Regular Mail (USPS) on this day 4th, January of '2005.

The Deft. Reserves all unalienable Rights, per. UCC §1-207, without prejudice.

Respectfully
Defendant
Michael Fowler, Pro Se
[signature]

January 4th '2005.

   All Rights Reserved.