# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:    The US Marshal Service - Maine

156 Federal St. 1st Floor

Portland, ME 04101

YOU ARE COMMANDED to have the body of __MICHAEL V. FOWLER__    (DOB: 1970)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. _14_, on the ____5th____ floor, Boston, Massachusetts on_____March 22, 2005_____, at ___11:30 AM___ for the purpose of __Interm Status Conf.___ in the case of UNITED STATES OF AMERICA V. ____Michael V. Fowler____

Docket Number ____04-10308____.

And you are to retain the body of said ____Michael V. Fowler____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said _____Michael V. Fowler_____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this ___4th___ day of_____March , 2005_____.

TONY ANASTAS
CLERK OF COURT

SEAL

By:___/s/ Noreen A. Russo___
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Fowler2.wpd - 2/2000)