UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10308-JLT |
| | ) | |
| MICHAEL FOWLER | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins hereby files his appearance as stand by counsel for defendant Michael Fowler.

                                                                       MICHAEL FOWLER
                                                                       By his attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
  B.B.O. # 567992
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: March 17, 2005