# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                                    CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    1/28 - 3/21/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(D).

    3/22/2005 - Conference held.

| | |
|---|---|
| 3/23 - 5/6/2005 - | Continuance granted so that the defendant can review the discovery materials provided by the Government and to request additional discovery pursuant to L.R. 116.3.  I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. |

    Thus, as of May 6, 2005, TWELVE (12) non-excludable days have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

March 22, 2005.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge