UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
MICHAEL FOWLER A/K/A
MICHAEL W. SMITH

#04-10308 JLT

FILED
CLERKS OFFICE
2005 MAY 31 P 2:50
US DISTRICT COURT
DISTRICT OF MASS

DEFENDANTS
NOTICE OF DETENTION LOCATION

The defendant, makes, Notice, to the Court, of his Detention Location has changed from Cumberland County Jail, 50 County Way, Portland, Maine 04102, Since May 1st '2005.

The New Location is at the Penobscot County Jail at 85 Hammond Street, Bangor, Maine 04401, Since May 1 '2005, to date.

Mail To:   MICHAEL FOWLER
           FED. ID #18644-038
Date: May 26 '2005.   c/o 85 Hammond Street
                     Bangor, Maine 04401

Respectfully Submitted
x. MICHAEL FOWLER ©   all Rights Reserved
   MICHAEL FOWLER ©   ucc 1-207 w/p
   DEFENDANT, PRO PER

page 1 of 1.1