UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

USA
V.
MICHAEL FOWLER

#04-10308 JLT.

DEFENDANT'S
NOTICE - MOTION FOR TRANSFER RULE 21(b),
AND EIGHT PAGE ATTACHMENT.

1. The defendant, pro se, moves to make notice, that, he has filed a Rule 21(b) Motion to Transfer from the District of Maine (#04-09-Bw), to the District of Massachusetts (#04-10308 JLT), for the conveniance of judicial proceedings hereafter.

2. On May 17, 2005, at 11:39am, the Said, Rule 21(b), has been docketed as document no. [#103], in the District of Maine (#04-09-Bw). [8 pg. Copy Attached]

3. On May 18th, while before the Court, the Motion was not acted upon at this time. Transfer Remains open.

4. The defendant makes notice to the Court, to effect proceedings to have —

Page 1-3. /
& 8 pg. Attachment.

All Rights Reserved
UCC § 1-207 wo/p.

the entitled matter in the District of Maine (#04-09-BW), transfered, immediately to the District of Massachusetts (#04-10308JLT) without undue delay.

5. The defendant reserves all rights hereto, of, in, and hereafter, the joint entitled matters before the court's.

6. The defendant further, requests, that if Motion is needed to be filed in this Court, then, accept, this notice, as its equivalent, and treat herein, as such needed Motion to Transfer per Fed. Crim. R. Proc. Rule 21(b), and at the request of the defendant.

7. The defendant is without means to effect service upon other parties, therefore, such service, to be made by the Court upon filing.

8. The defendant makes service/filing to the Court by prepaid postage, U.S. Regular Mail post, on this 18 day of May, Year of 2005. AD.

page 2-3. 
of 8 pg. Attachment.

All Rights Reserved
UCC §1-207 w/o/p.

9. The defendant, further, requests that this Notice-Motion be read in-conjunction with the [eight page Motion #103, filed May 17, 2005] in the District of Maine, [Copy Attached], for the purpose, intention of the defendant, as READ, together, as [a], Eleven (11) page Notice & or, Motion to Transfer.

Respectfully Submitted

X. MICHAEL FOWLER (TN)

MICHAEL FOWLER A/K/A
MICHAEL W. SMITH (TN)
DEFENDANT, PRO SE,
WITHOUT COMMON LAW
CONSTITUTIONAL COUNSEL

Date: May 18 '2005.

MAIL TO:

MICHAEL FOWLER
FED #18644-038
c/o 85 Hammond Street
Bangor, Maine 04401

ALL RIGHTS RESERVED
UCC §1-207 w/o/p.

page 3-3.
& 8 page Attachment