AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

MICHAEL FOWLER a/ka MICHAEL SMITH

**WARRANT FOR ARREST**

04 CR 10308 JLT

CASE NUMBER: 2004M0479RBC

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 SEP 30  P 3 31

YOU ARE HEREBY COMMANDED to arrest MICHAEL FOWLER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Dealing with Firearms Without a License; Felon in Possession of Firearms and Ammunition; Possession of Firearms with Obliterated Serial Numbers; Transporting Firearms Into One's State of Residence; Possession of Unregistered Firearms; Making Unregistered Firearms; Misuse of Social Security Number; and Possession of False Identification Documents

in violation of
Title See Attachment B United States Code, Section(s) _____

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

9-30-04   Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY Nathan Osborne BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 10/20/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: MICHAEL FOWLER

ALIAS: MICHAEL SMITH

LAST KNOWN RESIDENCE: 50 COUNTY WAY, PORTLAND, MAINE, 04102

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: 1970

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1038

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

**ATTACHMENT B**

Statutes Violated

18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 922(g)(1); 18 U.S.C. § 922(k); 18 U.S.C. § 922(a)(3); 26 U.S.C. §5861(d); 26 U.S.C. § 5861(f); 18 U.S.C. § 1028(a)(6).