Date: May 18, 2005.

US District Court
One Courthouse Way
Boston, Mass 02210

Michael Fowler
Fed # 18644-038
c/o 85 Hammond St.
Bangor, Maine 04401
@ Penobscot County Jail
Bangor, Maine
(i.e... US Marshals Svc.)

RE: USA v. FOWLER
04-10308 JLT.

Dear Clerk:

Enclosed is my Notice-Motion to Transfer per Rule 21(b), on (a) Case (#04-09-BW, D.Me.) to (#04-10308 JLT, D.Ma) for convenience.

Please docket ASAP, and initiate the necessary actions to effect said transfer to the District of Massachusetts ASAP.

Also, I am requesting a Current Copy of the Docket Entry Sheets (#04-10308 JLT) and mail to me ASAP, along with any writs for Appearances. Thankyou.

P.S. Please Note, of the Record of my current federal Custody Detention location, as addressed above, to effect proper Court mailings.
Thankyou.

Respectfully
MICHAEL FOWLER