UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA

v.

MICHAEL FOWLER

# 04-10308 JLT

05 JUN -8  A 11:51

DEFENDANTS
NOTICE OF DETENTION LOCATION

The Defendant, herein, makes, notice that the defendant's mailing, and custody detention location has changed from:
  85 Hammond Street, P-308, Bangor, Me 04401
On June 1st 2005, the defendant was moved, transferred to: 50 County Way, C1-212, Portland, Maine 04102.
  Please, Make notice, to reflect court mailings are updated for timely reciept by the defendant.

  Notice mailed pre paid, by Reg. U.S. Mail, on this 2d. day of June 2005. from the use of Inmate Mail System at 50 County Way, Ptld. Maine (Cumberland County Jail)

Respectfully Submitted Notice

x _____
MICHAEL FOWLER A/K/A
MICHAEL W SMITH, Defendant, pro se
c/o 50 County Way, C1-212
Portland, Maine 04102

Defendant Reserves All Rights.

Dat: June 2 2005