UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
MICHAEL FOWLER a/k/a
MICHAEL W. SMITH

FILED
CLERKS OFFICE
2005 JUN -8  A 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS

JLT #04-10308-JLT

DEFENDANT'S
MOTION TO DELAY TRANSFER
FOR MEDICAL TREATMENT

1. The defendant moves the court to delay his transfer, from the District of Maine (Dkt. #04-09-DW), to the District of Massachusetts (Dkt. #04-10308-JLT), for the following reason.

2. The defendant has recently been transferred from Penobscot County Jail, in Bangor, Maine, to the Cumberland County Jail, in Portland, Maine, the location which the defendant has been held at since February 2004, And

the defendant has been under Medical Treatment by a Medical Specialist since then.

The defendant has several serious Medical Issues, which the defendant is being treated with a Cancer Medications, and the liver must be closely monitored.

page 1/3

All Rights Reserved.

3. The defendant is treated, not at the Correctional facility, he is taken to a outside Medical facility.
The defendant is scheduled to be seen by his Specialist about every 90-120 days.

4. The defendant is scheduled to see the Medical Specialist in the month of June (2005). The actual medical appointment date is unknown to the defendant, due to Security.

5. The appointment date, can be verified by calling the Cumberland County Jail, here in Portland, Maine.
The defendant believes this Scheduled appointment would be had in the next two weeks. And, then the defendant could be transferred to Massachusetts.

6. The defendant, requests, that the Court could act on this motion, to delay the transfer, to allow, the defendant to attend this medical appointment.

7. The defendant prays the Court would have compassion and concern for the defendant's health.

8. The defendant, asserts, once the defendant is transferred to Massachusetts, he will have to obtain other Medical Care Specialists to Monitor his care and Medications. Though, once transferred, the obtaining Such Medical Care, will take a bout average of a month or so, before, the defendant Could be Seen at the Shattuck Emanuel Hospital, in Boston, Massachusetts.

9. Therefore, the defendant prays that this Motion be allowed, and that the U.S. Marshal's transportation will be Scheduled after the defendant's Medical Appointment. The Appointment can be verified as to what date, by calling the Cumberland County Jail's Medical Unit, at the Sheriff's Dept. Telephone number (# 207-774-5939).

Date: June 3, 2005.

X. MICHAEL FOWLER.
Michael Fowler
Defendant, pro per.
All Rights Reserved.

page 3/3.

Case 1:04-cr-10308-JLT    Document 29    Filed 06/08/2005    Page 4 of 4