# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                        CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    5/7 - 6/7/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(D).

    6/8 - 17/2005 - Filing to decision on Motion #29.

    6/17 - 7/14/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(G).

    Thus, as of July 14, 2005, TWELVE (12) non-excludable days have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                                    /s/ Robert B. Collings
                                                  ROBERT B. COLLINGS

June 17, 2005.                          United States Magistrate Judge