# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:      The US Marshal Service - Maine

156 Federal St. 1st Floor

Portland, ME 04101

YOU ARE COMMANDED to have the body of __MICHAEL V. FOWLER__     (DOB: 1970)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. _23_, on the ___7th___ floor, Boston, Massachusetts on___July 14, 2005___, at ___11:00 AM___ for the purpose of __Final Status Conf./ Status Conf.___ in the case(s) of UNITED STATES OF AMERICA V. ___Michael V. Fowler___ Docket Number ___04-10308-JLT    &   05-10145-NG___.

And you are to retain the body of said ___Michael V. Fowler___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___Michael V. Fowler___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this ___22nd___ day of___June , 2005___.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: ___/s/ Noreen A. Russo___
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Fowler3.wpd - 2/2000)