```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL NO. 04-10308-JLT
                              )
MICHAEL FOWLER                )
                              )
                              )
```

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, respectfully represents:

1. That MICHAEL FOWLER, DOB: 8/3/70, is presently in the custody of the United States Marshals Service, 156 Federal Street, Portland, Maine, 04101, and is being housed at the Cumberland County Jail, 50 County Way, Portland, Maine, 04102.

2. That on September 29, 2004, MICHAEL FOWLER was indicted in the above-captioned case.

3. That an Interim Status Conference was held on March 22, 2005.

4. That a Final Status Conference in the above-captioned case is scheduled for July 14, 2005.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the United States Marshals Service, 156 Federal Street, Portland, Maine, 04101, or to any other person having custody and control of MICHAEL FOWLER, commanding them to produce MICHAEL FOWLER before the United States District Court, District of Massachusetts, on

July 14, 2005, for the purpose of a Final Status Conference.

                                        Respectfully submitted,

                                        Michael J. Sullivan
                                        United States Attorney

                                  By:/s/ William H. Connolly
                                        William H. Connolly
                                        Assistant U.S. Attorney

ALLOWED:

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE