UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

USA
v
MICHAEL FOWLER A/K/A
MICHAEL SMITH

DOCKET NUMBER
#04-10309 JLT

DEFENDANT'S NOTICE
OF DETENTION LOCATION PER
RULE 20-1 TRANSFER ?

The Defendant, herein, the entitled matter, pro per, moves, to make NOTICE that he has been transferred from the District of Maine, to the District of Massachusetts, on June 15th 2005.

The defendant, pro se, without Counsel, benifits, is being held at the ESSEX COUNTY JAIL, 20 MANNING ROAD, P.O. Box 807, MIDDLETON, MASSACHUSETTS, 01949-0807.

The defendant, make's notice, to (EFFECT) timely Court Mailing's. Notice, is mailed prepaid, on June 20th 2005, via, Jail's Inmate Mail System. The defendant, has, no means to make service upon the government, thus, the Court can make service.

Respectfully Submitted

Reply To: MICHAEL FOWLER
ID # MSA 0018192
P.O. Box 807
Middleton, Mass 01949.

x MICHAEL SMITH-FOWLER
ALL RIGHTS RESERVED