UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
MICHAEL FOWLER, A/K/A
MICHAEL SMITH

DOCKET NUMBER
#04-10308 JLT.

DEFENDANTS MOTION
FOR COURT TO ISSUE (UPDATED) ORDER
Dated October 20, 2004, by R.B. Collings, USMJ.

1.0   The Defendant, moves, the court, to issue an Updated ORDER, issued by U.S.M.J. Robert B Collings, on October 20, 2004, on the entitled matter #04-10308JLT.

1.1   Specifically, expressly stating the prisoner-defendant is Pro Se, without Counsel; and disclosing his current custody detention location within the District of Massachusetts.;
And, ensure the docket reflects the same.

2.0   And, the defendant requests, the same ORDER, to be issued regarding the TRANSFER from the District of Maine, Docket #04-09-BW, to the District of Massachusetts #04-10308JLT.

page 1/2.

3.0   The defendant, makes filing by Inmate Mail System, prepaid postage affixed, this day, from Essex County Jail, Middleton, Mass.

3.1   The defendant, waives no rights herein this entitled matter, unless in writing, expressly and specifically detailed. The defendant reserves all rights.

3.2   The defendant, asserts, that he has no means to make service upon other parties, as he has no access to Law Library Services in the unit assigned, (i.e... Voke Unit), thus, the Court can make effect service on other parties, on filing hereto by electronic means.

4.0   The defendant, asserts that this updated ORDER, will be needed by defense.

Date of Service of Mailing:

June 22, 2005.

Submitted

X. MICHAEL FOWLER
Defendant - Prisoner, Pro Se

Mail Reply To:   MICHAEL FOWLER
Fed. #18644-038
P.O. Box 807, #MSA 0018192
Middleton, Mass 01949

page 2/2.