UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S.A.
v.
MICHAEL FOWLER A/K/A
MICHAEL SMITH

FILED
CLERKS OFFICE

DOCKET NUMBER
04-10308 JLT

## DEFENDANTS MOTION FOR DISCOVERY OF REPORTS OF EXAMINATIONS AND TESTS, PER FED. R. CRIM. P. RULE 16(a)(1)(F)

1.0 The defendant, herein, moves, pro se, to Request Discovery, that the government must, per. Rule 16(a)(1)(F), to permit, defendant to inspect and to copy or photograph the results or reports of any physical or mental examinations, and of any scientific test(s), or experiment(s), if:

1.1      (a) the item is within the government's possession, custody, or control; and
     (b) the attorney for the government knows, or, through due diligence could know that the item exists; and
     (c) the item is material to preparing the defense and, or, the government intends –

Cont'd.

page 1/2.

Continued:

(C) — use the item in its case in Chief at trial.

2.0   The defendant, reserves, all rights hereto.

2.1   The defendant, has made service by Inmate Mail System, this day at Essex County Jail, by prepaid-affixed postage. And, Service has not been made upon other parties, as, defendant, has, no means to effect photocopies, nor access to law library services in current assigned unit.

2.2   The defendant moves that this motion be allowed, an so ordered.

Submitted by prisoner

X MICHAEL FOWLER, TN
DEFENDANT,

Signing &
Date of Mailing

June 22' 2005.

Reply Mail To:
Michael Fowler
PO Box 807, Yoke 1-2x
Fed.# 18644-038
MSA #0018192
Middleton, Mass

page 2/2.