UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

U.S.A.
v-
MICHAEL FOWLER A/K/A
MICHAEL SMITH.

Docket Number:
#04-10308 JLT.

DEFENDANTS
MOTION FOR DISCOVERY OF
THE EXPERT TESTIMONY, RULE 16(a)(1)(G)

1.0 The Defendant, herein, pro se, moves, to make request a Government written Summary of any (Testimony) that the government intends to use Under Rules 702, 703 and 705 of the Federal Rules of Evidence during its case in chief at trial.

1.1 Specifically, Fed. R. Evidence, Rule(s):
(1) 702 (Testimony of Experts); and
(2) 703 (Basis, Bases of Opinion Testimony of, by Expert(s)...); and
(3) 705 (Disclosure of facts or Data Underlying Expert Opinion...)

  ALL RIGHTS RESERVED

2.0   The defendant herein, entitled matter reserves all rights, unless, expressly, specifically waived in writing by the prisoner-defendant. (i.e., U.C.C. § 1-207, with prejudice) Non-negotiable.

3.0   The defendant, has mailed by Institutions Inmate Mail System, prepaid affixed postage by USPS, this day, at Essex County Jail, Middleton, Mass.

3.1   The defendant, has no means to make service upon the government, as his assigned unit, does not have (NO) access to Law Library or copy(ies), thus, the Court can effect service upon parties.

3.2   The defendant, reserves, the right to Amend, Supplement, Add Additional discovery requests in the future, if needed.

X. MICHAEL FOWLER
PRO SE.

MAIL TO:
MICHAEL FOWLER
P.O. Box 807, Voke 1-22.
Fed. ID # 18644-038
# MSA 00 18192
Middleton, Mass 01949

Mail Service
Date: June 21 '2005

page 2/2.