UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
V.
MICHAEL FOWLER A/K/A
MICHAEL SMITH

Docket:
# 04-10308 JLT

FILED OFFICE
2005 JUN 28 P 12:48
US DISTRICT COURT
DISTRICT MASS

DEFENDANTS 6th
MOTION TO PRESERVE RULE 6(b)(2),
And 28 USCA § 1867(e) - CHALLENGE

1.0  The defendant, herein, the entitled matter moves, to object, and preserve Rule 6(b)(2), as, a, failure to raise a timely objection to any alleged violations in the grand jury selection process, would constitute a waiver of any statutory challenge. (1)(2)

2.0  The defendant moves, as, the government has failed to make a meaningful discovery disclosure per Rule 16 and Local Rule 116, eventhough, the court has made —

--------

cite - NOTES -

n.1 - Re Cuevas 55 F.Supp.662, 665 (E.D.Va 1982) aff'd. 722 F.2d 731 (4th Cir 1983). Cert. den. 465 US 1103, 104 SCt. 1602 (1984).

n.2 - 28 USCA 1867(e), See US v. Arnett 342 F.Supp. 1255 (D.Mass 1970).

--------

page 1/3.                                    All Rights Reserved

Continued:

2.0  - order that the government make discovery service upon the (pro se) defendant, on, March 22d '05, or soon thereafter, the defendants, transfer, back to the District of Maine, the defendant was transferred on March 23d '05, to the District of Maine, and held at the Cumberland County Jail at 50 County Way, Portland, Maine 04102.

2.1  To date, the, defendant, has not, recieved, no discovery, as ordered and so expressly directed by (Magistrate Judge R. Collings), on March 22d '05.

2.2  The government, should have made effective meaningful service by March 29th '05, at, the latest, a, period of seven (7) days, since the Courts Order on March 22 '05.

2.3  Thus, to date a period of ninety-two (92) days has passed, and the defendant has yet to receive discovery meaningfully.

3.0  The defendant, asserts, as he also preserves any, and all challenges to Rule 6. as he reserves this right expressly herein; All Rights Are Reserved, unless expressly waived in writting. (UCC §1-207 w/p.)

---

3.1    The defendant, asserts, he anticipates to Challenge the grand jury and return, in Fed. Crim. R. P. 6 et seq. (1)(2)

3.2    The defendant, has Mailed filing by prepaid affixed postage, by Inmate Mail System at Essex County Jail, Middleton, Mass., and Signed this day 22d, of June o.k. 'foes. AD.

3.3    The defendant, has no means to make Service upon other parties, as no access to photo copies, Stationary item's limited, and no access to Law Library Services, as current Unit assigned.

3.4    The defendant moves, that this Motion be allowed, and so ORDERED.

Signed &
Mailed this date:
June 22 '2005.

Submitted by defendant,
X. MICHAEL FINDLER, II
Pro Se.

page 3 / 3.