# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

7/1/2005 - Conference held.

7/2 - 8/29/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of August 29, 2005, TWELVE (12) non-excludable days have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2005.