# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                            CRIMINAL NO. 2005-10308-JLT

MICHAEL FOWLER,
     Defendant.

## ORDER

COLLINGS, U.S.M.J.

It is ORDERED that the Order, Etc. (#9) entered in the above-styled case on October 20, 2004 be, and the same hereby is, AMENDED to the extent that the words "in the District of Maine" in the third and sixth lines be, and the same hereby are, DELETED and the words "in the case denoted Cr. No. 2005-10145-NG (D. Mass.)" be, and the same hereby are, SUBSTITUTED therefor in each of said lines.

                                        */s/ Robert B. Collings*
                                        ROBERT B. COLLINGS
                                        United States Magistrate Judge

July 1, 2005