# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                            CRIMINAL NO. 2005-10308-JLT

MICHAEL FOWLER,
      Defendant.

# ORDER

COLLINGS, U.S.M.J.

It is ORDERED that:

(1)    The time period set forth in L.R. 116.3 is ENLARGED to the close of business on *Monday, August 1, 2005.*

(2)    An Interim Status Conference is scheduled for *Monday, July 25, 2005 at 2:30 P.M.;* the Clerk shall insure that the U.S. Marshal brings the defendant to the Courthouse on that date.

(3)    Any motions to compel or any other motions related to discovery shall be filed and served *on or before the close of business on Monday, August 29, 2005.*

(4)    The Final Status Conference will be held on *Tuesday, September 20, 2005 at 10:30 A.M.;* the Clerk shall insure that the U.S. Marshal brings the defendant to the Courthouse on that date. The defendant shall be prepared to state at the Final Status Conference

whether or not he is planning on filing any non-discovery type motions, and if so, the nature of such motions.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2005