# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                              CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))*

COLLINGS, U.S.M.J.

    Counsel and the defendant are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **Tuesday, September 20, 2005 at 10:30 a.M.** at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, **on or before the close of business on Friday, September 16, 2005,** a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

    Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on

behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on Monday, September 19, 2005,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2005.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.