UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

U.S.A.

V.

MICHAEL FOWLER a/k/a
MICHAEL W. SMYTH

DOCKET NUMBER
#04-10308 JLT

DEFENDANT'S
NOTICE OF REQUEST FOR CONFERENCE
WITH THE GOVERNMENTS ATTORNEY

1.0   The defendant, herein, entitled matter is, Pro. Se [1], moves to make NOTICE of his REQUEST for a pre-Rule 17.1 (a, pre-pretrial conference) with the governments attorney. (i.e... informal conference).

2.0   The defendant, asserts, that this (non-court) conference(s) with the governments attorney will aid the Local Rule 116.5 (c) and (D) before moving on to Rule 17 and 17.1 (court-pretrial conferences).

---

n.1  Faretta v. California 422 US 806 (1975)

page 1/4.

7/1/05

3.0   The defendant, asserts, that he believes that, a pre-pretrial conference (informal proceedings), with the same protection(s) afforded in Rule 17.1 and Rule 11,[2] and so provided in the Federal Rules of Evidence.

3.1   The defendant, claims in the Spirit of Cooperation and Economic governmental resources could be saved, prevent revisit of evidentiary objection at trial. U.S. v. Marquardt, 695 F.2d. 1300, 1304 (11thCir) Cert. den. 460 U.S. 1093, 103 S.Ct. 1793, 76 L.Ed. 2d. 360 (1983).; And

3.2   In light of vigorous defense, the defendant requests, is requesting cooperation with the government in comming to terms, agreements, stipulations to the authenticity and admissibility of evidence, to show and to minimize unlawful, and or irrelevant, misleading and or prejudicial to defendant,

---

n(2.)   Rule 17.1 - the govt. may not use any statements made during the conference by the defendant, unless it is in writing and is signed, dated, by the defendant; Rule 11, and Fed. Rule Evid. 408, 410, 403, and 402, 603 (#2), Noting Rule 501.

---

Cont'd:

3.2 — to avoid the appearances of prosecutorial vindictiveness, and to prevent allegations of prosecutorial and or police, agents, misconduct, and or by the US Probation Dept.'s use of a Presentence Investigation Reports.

3.3    This purpose is also to avoid unnecessary defense motion(s), and or trial, to save resources, for economic reasons, and to come to agreement(s) between the defendant and the government, to prevent unduly and totally duplicative or unnecessary litigation before the court, and or Appeals Court, and or the defendant's decision in (any) change of Plea in Rule 11, in (a) timely, expediently, as possible, as "Sooner is better", and considering the defendants defense strategy, and or for some compromise;

3.4    And, or prevent allegations of vindictness in retaliation for objections made by the defendant at any time.

4.0    The defendant reserves all rights, unless expressly waived in writing and signed by the defendant, and government.

page 3/4.

4.1    The defendant prays that this <u>NOTICE</u> is accepted by the government, and or to be accepted by the Court as a MOTION for the same intent, purpose that the defendant seeks, in results.

4.2    The defendant, has made service upon the government, <u>IN-HAND</u>, before the court this day of July 1 '2005 AD, with a photo copy, hereof document.

        X: MICHAEL FOWLER
           DEFENDANT, PRO SE

      MAIL TO:
        PO Box 807
        70 MANNING AVE
        MIDDLETON, MASS,
          01949
      FED.ID # 18644-038

DATE: July 1st 2005. AD.
FRIDAY.

page 4/<u>4</u>.