UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
v.
MICHAEL FOWLER

DOCKET NUMBER
04-10308 JLT.

DEFENDANTS NOTICE
TO CONSTRUE RULE 12 AND OTHER
DEFENSE MOTIONS TO BE LIBERALLY,
BROADLY IN FAVOR OF DEFENDANT

1.0   The Defendant, moves, the Court, Make Notice, that the defendant is not a trained lawyer, and filings are not held at a higher standard, and be liberally, broadly construed. See Becker v. Montgomery 532 US 757 (2001); Haines v. Kerner 404 US 519, 520 (1972), cf. n. 2714, Georgetown Law Journal '2003 ed.; n. 2743, GLJ, cited Johnson v. Avery 393 US 483, 485 (1969) (access to the Courts may not be denied or obstructed).. Bounds v. Smith 430 US 817, 824-828 (1977).

And, see US v. Mosquera 845 F.2d. 1122, 1124-1125 (1st. Cir 1988).

07/1/05

page 1/4.

2.0   The defendant, asserts, by *Notice*, that he does not waive any Constitutional right to a Constitutional Common Law Attorney at Law, in a Constitutional Court, such as the Article III Court. (i.e.. U.S. Const. Article III, §1).

2.1   The defendant, asserts, and relies upon ①, that Congress may create so called Article I courts, it cannot go so far as effectively to confer Article III Courts — powers judicially on such tribunals, as Article I Courts; and upon Statements of U.S. Representative Feeney, Oct. 22 '2003, in response, to U.S. District Judge Magnuson in Opinion of U.S. v. Kirsch ①, fired back this barb.... " I would remind the judge that he ought to get out of the Constitution, where it's very clear that other than the United States Supreme Court (i.e.. Article III court)—

---

n① *Northern Pipeline Constr. Co. v. Marathon Pipeline Co.* 458 US 50, 73, 76, 87, 73 L.Ed.2d. 598, 102 S.Ct. 2858 (1982) at 91-92 (Rehnquist, J. concurring in part, and in judgement.); See US v. Green at [*114-15], [*122-25] and [*73-77], 2004 US Dist. Lexis 11292 (2004)

page 2/4.

Cont'd:

2.1 — all other federal courts are only established by the will of the United States Congress"....(i.e.. Article I Court), a federal District Court. (i.e.. U.S. Const. Article I).

2.2 As such the defendant before this federal tribunal authorized in existence by the United States Congress in the US Const. Article I as a tribunal only, therefore, the defendant is not present, before a Article III court, an cannot waive such unalienable article III Constitutional rights afforded to a natural born american citizen, whom does not claim to be a U.S. Citizen, and has **not** waived his unalienable Sovereignty rights as a live, flesh and blood natural man, rather than some entity, as the government has defined a 'person'.

---

n.① Cont'd: US v. Kirsch 287 F.Supp.2d. 1005 (D.Minn 2003) at 1006-1007.

---

page 3/4.

3.0   The defendant, objects to being tried in, before this tribunal court of Congress, and Such, entity (ENTITY) tribunal court, that represents by the <u>active</u> presence of a FLAG STATE ENTITY OF THE UNITED STATES OF AMERICA EXECUTIVE OFFICER ENTITY WAR FLAG, that clearly displays GOLD FRINGE, on the Flag borders with TASSEL and ATTACKING EAGLE IN FLIGHT ON TOP OF A FLAG STAFF POLE, ON DISPLAY, for all to see by International Law & Admiralty in CONTRACT.

3.1   The defendant reserves all rights, unless, expressly in writing and signed by the defendant, man, prisoner of war, declared by Congress.

3.2   The defendant, has made service in hand this day July 1st, 2005, upon the government a photocopy of original filed before the court tribunal.

Date: July 1st, 2005. AD

X. MICHAEL FOWLER (TM)
Pro Se

c/o PO Box 807
Middleton, Mass 01949

page 4/4.