# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                    CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/20/2005 - Conference held.

9/21 - 12/2/2005 - Excluded as per 18 U.S.C. § 3161(h)91)(F).

Thus, as of September 21, 2005, THIRTY-THREE (33) non-excludable days have occurred leaving THIRTY-SEVEN (37) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                    /s/ *Robert B. Collings*
                                    ROBERT B. COLLINGS
September 20, 2005.              United States Magistrate Judge