# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                                          CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

## *ORDER AFTER*
## *FINAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on September 20, 2005. The defendant, who is representing himself, appeared. Standby counsel also appeared.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4)  The government has not requested notice of alibi.

(5)  All non-discovery type motions must be filed and served *on or before the close of business on Friday, December 2, 2005*; the Government shall respond to any motions filed within the time set by the Local Rules.

(6)  No.

(7)  It is uncertain whether a trial will be necessary; trial will last about ten (10) trial days.

(8)  *See* Further Order of Excludable Delay entered this date. *An Initial Pretrial Conference should be set on or after DECEMBER 16, 2005 to hear any non-discovery type motions filed by the defendant and to set a firm trial date.*

(9)  Ten (10) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)  Yes.

(2)  Yes; no reason for the case to remain with the magistrate judge.

(3)  *See* ¶ (5), *supra.*

(4)  *See* ¶ (8), *supra.*

(5)  Ten (10) trial days.

(6)  None.

I RECOMMEND that the Court set the case down for an Initial Pretrial

Conference pursuant to Local Rule 117.1 to set a firm trial date *on or after* *DECEMBER 16, 2005*.

    THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE TAURO'S SESSION.

    The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

                                   */s/ Robert B. Collings*
                                   ROBERT B. COLLINGS
                                   United States Magistrate Judge

September 20, 2005.