UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                                 DOCKET No.
                                                         # 04-10308-JLT.

V

MICHAEL FOWLER

### DEFENDANTS FINAL STATUS MEMORANDUM
### PER LOCAL RULE 116.5(C)(1-9)

The Defendant,MICHAEL FOWLER,herein,this entitled matter,is,PRO SE,mov
to submit the following,[Joint/Single-Alone,by itself],a FINAL STATUS MEMO   DUM
in relation to the above entitled captioned matter,hereto this case.

1. **OUTSTATNDING DISCOVERY:** The Governmemt (Declares),and has (Declared)
   to the defendant in the past meetings,that they is,are,no further disc   ry,either
   (EXCULPATORY) or (INCULPATORY),of any kind whatsoever,on the entitled
   captioned matter,herein before the Honorable Court,and that all discov
   materials has been disclosed to the defendant. As,such the defendant
   has no further discovery material issues,besides,his MOTION FOR DISCOV    ,
   INSPECTION AND PRODUCTION,of all evidence that may,is considered to be
   either exculpatory or inculpatory in nature,to the defendant.
      THEREFORE,the DEFENDANT,reserves all rights,as to the possibility
   that further discovery may be needed,as to such non-discloser by the
   government,and or governments,as it is believed that the defendant has   en
   so provided with all discovery (JENCKS and BRADY & GIGLIO) materials,a
   that all evidence that is material,is a reasonable probability that th
   disclosure of the evidence would have changed the outcome of the proc    ings
   ,as in,US v. Bagley 473 US 667,682(1985),and that this Court requireme
   has so been complied with,as understood of the governments postition.
   And,that California v. Trombetta 467 US 479,488(1984)...( the constitu   nal
   requirement that the governmemnt preserve evidence),also has been comp   d
   with....;also that the Local Court Rules,have been complied with,as it
   is the defendants understanding,as of this date.

2. **ADDITIONAL DISCOVERY:** The defendant does not anticipate any additional
   discovery,as the defendant has stated above in paragraph (1),though,if
   the government unexpectedly receives additional discovery information,
   materials,it will,shall be immediately provide it to the defendant,as
   such is required by due process,and or the Court Rules applicable there   .

3. **DEFENSE OF INSANITY / PUBLIC AUTHORITY:** The defendant will not raise
   these defenses,as in Rule 12.2.,..

Page 1- 3 .

4.  **DEFENSE (RULE 12.1(a)) OF ALIBI**: The government has not requested any 'notice',of an alibi defense,the defendant may raise such a defense.

5.  **MOTIONS**: The defenant does anticipate in filing defense motions,such as,but not hereto limited too: Lex Domiclii;Motions To Dismiss-Unconstutional Case Law,and or Statutes,Multiplicious/Duplicious charges;Moti To Suppress,Limine,and other Defense Motions,ect..

6.  **SCHEDULING MATTERS**: The defendant requests that the Court schedule fur  :r conference(s),in order for the partie(s),to explore whether this matte can be resolved,in-short of trial,and or to streamline the judicial proceedings before the Court on the captioned matter hereto.

7.  **Trial:** To date the defendant has been engaged in discussion(s),attempt for the defendants cooperation to initiate some compromise in,and for change of plea,for the expedient resolution of this matter captioned herein (D.Mass.#04-10308-JLT.),in conjunction with the companion relat case (D.Maine.#04-09-BW.),though NOW TRANSFERED to the DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (D.MASS.#05-10145-NG.,June 10'2005),  ugh the government has stated that they (past AUSA's) have stated that the wished too resolve (BOTH) case(s),by way of change of plea,ect.... Th government has failed in attempts,that are meaningful to date,rather,t has used the delayed neogations response,to further prosecutorial adva  :ges over the defendant,by using this time,specially after (post-Blakely v.Washington,June'2004),and subsequentially (pre-Booker/Fanfan,Jan.11'  !5) cases to obtain manipulation of the USGG's offense levels,to crank- up the offense levels(i.e..sentence ranges'es) that would be potential considered as 'ADVISORY' sentence ranges(es),that are inlike 'MANDATOR NATURE' consistent with the title 18 USCA §3742(e).,eventhough,in the title 18 USCA §3553(b)(1),has been STRIKEN as unconstitutional in the the (two) cases of (Booker/Fanfan),as NOW RECOGNIZED IN RECENT CASES,S AS Hembree v. US,73 USLW 3557,2005 WL 575559(US'2005);and see Holbrook v. US,2005 WL 1421389(US'2005),both of these cases,had taken the 'word of the USSGC use in the USSG's wording of 'Mandatory Nature',consitent with title 18 USCA §1742(e).

    The defendant,ultimately is still having ongoing discussions with the government under Rule 11 (plea neogations),and the defendnt request,an makes 'NOTICE' to the Court for additional time in order to do so.

8.  **Speedy Trial:** To date,it appears that as of,SEPTEMBER 20th'2005,ONLY TWLEVE (12) NON-EXCLUDABLE DAYS HAVE OCCURRED,LEAVING FIFTY-EIGHT (58) DAYS LEFT TO COMMENCE TRIAL SO AS TO BE WITHIN THE SEVENTY (70) DAY PERIOD SET FOR TRIAL SET BY STATUTE (title 18 USC §3161,chapter 208),ir specific applicable to the herein captioned matter (D.Mass.#04-10308-JLT.,dated 09/30/2004.)

/s/ [signature]
MICHAEL FOWLER,A/K/A
MICHAEL W.SMITH
DEFENDANT,Pro Se.

Date: September 13th.'2005.

Page 2-3.

## CERTIFICATE OF SERVICE

I,the defendant,MICHAEL FOWLER,have made service upon the partie(s) by PR PAID,U.S.MAIL affixed postage,first class mail,service has been mailed fr the Essex County Correctional Facility in Middleton,Massachusetts..On thi day I have placed the herein into the inmate mail box,for mailing to the following partie(s):

1. United States District Court,One CourtHose Way,Boston,Mass
   Attn: Criminal Clerk's Office

2. Timothy G.Watkins,eaq.,408 Alantic Avenue,ste.328,Boston,M   s
   02210 (Appointed stand-by counsel only)

3. UNITED STATES ATTORNEY GENERAL,Office of the Attorney Gene   l,One
   CourtHouse Way,ste.9200,Boston,Mass 02210
   Attn: William Connolly,AUSA.

I declare,that service has been made this 13th.day of the month of Septemb   of the Year Thousand and Five.

/s/ [signature]
MICHAEL FOWLER,A/K/A
MICHAEL W.SMITH
DEFENDANT,Pro Se.

Date: 09/13/2005.

REPLY MAIL TO:

Michael Fowler
ECCF ,#0018192
P.O.Box 807 ,Fed.#18644-038
Middleton,Massachusetts
01949-2807

Page 3-3.