UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. cr-04-10308-JLT |
| v. | * | |
| | * | |
| | * | |
| MICHAEL FOWLER, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 7, 2005

TAURO, J.

     After a Conference held on December 7, 2005, the Court hereby orders that:

1.     Defendant will file all pretrial motions with a Magistrate Judge by January 31, 2006.

2.     The abovementioned Magistrate Judge will report back to this Court no later than February 28, 2006.

3.     A Further Conference will be held on March 8, 2006, at 10:00 a.m.

     IT IS SO ORDERED.

                     /s/ Joseph L. Tauro
                     United States District Judge