UNITED STATES OF AMERICA

USA
v.

MICHAEL FOWLER, A/K/A
MICHAEL W. SMITH

INDICTMENT

No. 04-10308-JLT

## MOTION OF DEFENDANT FOR NOTICE BY THE GOVERNMENT OF THE INTENTION OF THE GOVERNMENT TO USE EVIDENCE ARGUABLY SUBJECT TO SUPPRESSION

Defendant, Michael Fowler, Pro Se herein, moves pursuant to Rule 12(b)(4) of the F.R.Crim.P., the principals of Brady v. Maryland 373 US 83, 83 Sct. 1194 (1963) and the United States Constitution and Bill of Rights, moves, this Court for an ORDER directing the government to make an inquiry and to serve and file specific written (NOTICE) to the following:

(1). Any and All evidence or information in its custody, control, or the existence of which is known, or by the exercise of due diligence could become known to the government which the government presently or at any time intends, contemplates, or considers using at trial in-its-case-in-chief, in rebuttal or otherwise, and which could arguably be subject to a (MOTION TO SUPPRESS) at the -

Continued:

(1), -instance of any person. This request includes, but is not limited to, any physical and tangible evidence seized pursuant to any Search, and includes, but is not limited to the following regarding any evidence seized pursuant to said Search(es) of the Defendants Motor Vehicle (Jeep) in Maine (October 2003) and specifically, Search of Search(es) of the Defendants Massachusetts residence (though, not domiciled) on (January 22, 2004):

(a). A list of the physical or tangible evidence seized pursuant to any Search of Search(es), and as to each item, of item(s) of the following:

(1) The exact location from which said evidence was seized; and

(2) The exact date and time of the Search of Search(es) and Seizure(s); and

(3) The name and address of the person(s) or person, and name of the employing governmental entity of that person or person(s) making said Search of Search(es) and Seizure(s); and

(4) The name of name(s) and address(es) of any witnesses to the seizure(s); and

Continued:

(1), (a), (5), The name(s) and address(es) of any person(s) who since the seizure has had any degree of custody, control, or possession or any item(s) so seized;

, (b), Any statement(s) of the defendant and any information regarding such statement(s) described in paragraph(s) 1, 2, 3 and 4 above, that have not already been suppressed.

, (c), Any eyewitness(es) identification of the defendant whom had seen, has knowledge that the defendant <u>had sold</u>, or <u>transported</u> <u>cause to be so transported</u>, <u>shipped</u> any firearm(s), from the State of Maine, the defendants domicilary, to the State of Massachusetts, the defendants residence (the deft. has numerious residence(s), but only has one domicilary), in some channel of interstate commerce, in the 'active stream of commerce', presently in commercial transaction, from the same, or of some economic nature, though elsewhere, by some activity does substantially effect interstate commerce of a national concern.

(2), Any and All grounds upon or reasons why the aforementioned evidence may be subject to any suppression.

page 3-5.

Continued:

(3). The request is made that this defendant may be afforded an opportunity to raise objection(s) to such evidence prior to trial.

Rule 12(b) of the Fed. R. Crim. Proc. gives this defendant the right to request notice of the government's intention to use evidence so that defendant will have an opportunity to move to suppress the same if a motion to suppress is in order. Defendant should be informed as to what evidence, discoverable under Rule 16, the gvrt. intends to rely upon in its case-in-chief at trial.

The Defendant, files this motion to attempt to streamline his defense with the Courts Calendar of trial proceedings, so that the defendant does not file unneeded motion(s) to Suppress, if the government intends not to use certain evidence. The defendant states that the government's discovery is massive (approx. 800 pages, plus), the defendant alleges the government does not intend to use every page disclosed at trial, or other proceeding(s) against the defendant, therefore, the defendant moves, to specifically name its evidence-in-chief-for trial and other proceedings herein.

page 4-5.

WHEREFORE, defendant respectfully requests that this cause be set down for a hearing, and that upon hearing, that this Court grant the relief so requested.

Defendant Reserves All Rights, to the Herein Matter.

Respectfully Submitted:

/s/ Michael Fowler, a/k/a
Michael W. Smith (Legal Name)

Date: January 18th, 2006.

## CERTIFICATE OF SERVICE

I have on this date, mailed the Herein, to the AUSA Connolly - DOJ, by the Inmate Mail System here at ECCF, Original has been filed with the Court, and Copy upon the DOJ - AUSA, this date by prepaid, postage affixed by U.S. Mail.

/s/ Michael Fowler a/k/a
Michael W. Smith (Legal Name)

Date: Jan. 18, 2006

Reply Mail Address:
Michael Fowler
ECCF, 2/0 - Delta, #814
PO Box 807
Middleton, Mass
01949-0807

page 5-5.