# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

  V.          CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

# ORDER ON MOTION OF DEFENDANT FOR NOTICE OF THE GOVERNMENT TO USE EVIDENCE ARGUABLY SUBJECT TO SUPPRESSION (#50)

COLLINGS, U.S.M.J.

  The Court rules on the Defendant's Motion (#50) as follows:

  (1) DENIED.  In the Government's Response, Etc. (#51), the United States Attorney has provided the defendant with all the information to which he is entitled under Rule 12(b)(4)(B), Fed. R. Crim. P.

  A good deal of the remainder of the motion is a disguised motion for discovery.  At the Final Status Conference held on September 20, 2005, the defendant represented to the Court that there were no outstanding discovery

issues and that neither the Government nor the defendant owed any discovery to the other with the exception of that discovery which is not required to be produced until twenty-one (21) days before trial. *See* L.R. 116.2(B)(2). In these circumstances, the undersigned cannot but infer that this latest motion is an attempt to delay unnecessarily the disposition of this case. Nonetheless, in view of the District Judge's directive, the undersigned shall rule on these discovery requests as follows:.

(1)(a)(1)(2)
(1)(b)     ALLOWED. The Government shall disclose the information to the defendant within seven (7) business days of the date of this Order or shall file and serve a letter within the same time period stating that the requested information has previously been disclosed.

(1)(a)(3)(4)(5)   DENIED.

(1)(c)     ALLOWED to the extent provided by L.R. 116.3C)(1)(f); otherwise, DENIED. To the extent of the allowance, the Government shall disclose the information to the defendant within seven (7) business days of the date of this Order or shall file and serve a letter within the same time period stating that the requested information has previously been disclosed.

(2)     DENIED.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 14, 2005.