# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                      CRIMINAL NO. 2004-10308-JLT

MICHAEL FOWLER.

# REPORT

COLLINGS, U.S.M.J.

    In response to the Court's Order (#48) issued December 7, 2005, the defendant filed one pretrial motion. *See* #50. The Court has ruled on that motion this date.

    Accordingly, the file is RETURNED to the Clerk's Office. The Clerk shall note on the docket that the case is "no longer referred" to the undersigned.

                              */s/ Robert B. Collings*
                              ROBERT B. COLLINGS
                              United States Magistrate Judge

February 14, 2005.