

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 21, 2006

MICHAEL FOWLER, INMATE
DOB: 8/3/70
ECCF 240 - Delta #814
PO Box 807
Middleton, MA 01949-2807

      **Re:**    **United States v. Michael Fowler**
            **Docket # 04-10308-JLT**

Dear Mr. Fowler:

      Pursuant to Judge Colling's order of February 14, 2005, I am writing to state that the government has already provided you the information requested in parts (1)(a)(1)(2) and (1)(b), as well as (1)(c) of your most recent discovery letter.  As you know, among the discovery provided to you were ATF reports describing the search of your apartment and garage on January 22, 2004, as well as the actual ATF inventory logs itemizing the objects seized from your residence.  You were also provided with a videotape of the search itself.  You have also been provided with a report describing the search of your abandoned motor vehicle on October 27, 2003.  Additionally, you have been provided with reports detailing various statements made by you to law enforcement officials, including a letter that you wrote to Agent Oppenheim.  Finally, you were provided with reports pertaining to all of the identifications made of you.  The discovery further includes copies of the actual photo arrays used in the identification procedures.

      If you are having difficulty locating any of this information, please advise and I will attempt to direct you to it (or even provide reports if you are missing them).

      Sincerely,

      /s/ William H. Connolly

Page 2