UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## 04 CR 10308 JLT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | VIOLATIONS: |
| | ) Cnt. 1 | 18 U.S.C. § 922(a)(1)(A) |
| V. | ) | Dealing in Firearms |
| | ) | Without a License |
| | ) | |
| MICHAEL FOWLER | ) Cnt. 2 | 18 U.S.C. § 922 (g)(1) |
| a/k/a MICHAEL SMITH | ) | Felon in Possession of |
| | | Firearms and Ammunition |

*NOTE*
*Defendant has 'Marked'*
*Items, pages, paragraph/lines*
*of Question of Surplusage*
*In 'BLUE INK', herein.*

Cnt. 3   18 U.S.C. § 922(k)
Possession of Firearms with
Obliterated Serial Numbers

Cnt. 4   18 U.S.C. § 922(a)(3)
Transporting Firearms Into
One's State of Residence

Cnt. 5   26 U.S.C. § 5861(d) Possession
of Unregistered Firearms

Cnt. 6   26 U.S.C. § 5861(f) Making
Unregistered Firearms

Cnt. 7   42 U.S.C. § 408 (a)(7)(B)
Misuse of Social Security
Number

Cnt. 8   18 U.S.C. § 1028 (a)(6)
Possession of False
Identification Documents

## INDICTMENT

COUNT ONE: (18 U.S.C. § 922(a)(1)(A)--Engaging in the Business of
Dealing in Firearms Without a License)

The Grand Jury charges that:

Between on or about January 1, 2002 and on or about January
22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER, a/k/a MICHAEL SMITH,

1

defendant herein, not being a licensed importer, manufacturer or dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, including the following:

*Note This Fireairm Has Been Charged in*

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US; *(Count One) in (Maine Dist.#04-09-BW), New*

*Mass. Dist. # 05-10145-N6.)*
a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

*(13) Above Listed Firearms, Question of Subphuscof*

-2

(10) *Below, Listed Firearms, Question of Surplusage?*

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO: (18 U.S.C. § 922 (g)(1)-- Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

Between on or about January 1, 2002 and on or about January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, the following firearms:

3

*NOTE: This Firearm has Been Charged in (Count One) (Maine Dist. #04-09-BW), New (Mass #05-1014SMs)*

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y; *777-5118 Auburn*

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

*① Note Book List this full*

*Surplusage ?*

*(15) Above listed Firearms; Question of Surplusage.*

(8) Below, Listed Firearms, Question of Surplusage?

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z;

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110;

and ammunition, including eight hundred and forty rounds of Wolf 7.62 mm ammunition, eight hundred and twenty rounds of LC .223 ammunition, five hundred and fifty rounds of NCI 9mm ammunition, four hundred and twenty rounds of Western 9mm ammunition, four hundred rounds of CCI .22 caliber ammunition, two hundred and fifty-eight rounds of Federal 9mm ammunition, one hundred and forty-four rounds of Winchester 9mm ammunition, one hundred and twenty rounds of Federal .40 caliber ammunition, one hundred rounds of Speer 10 mm ammunition, fifty-eight rounds of Winchester .380 caliber ammunition, fifty rounds of Federal .40 caliber ammunition, fifty rounds of Midway .38 caliber ammunition, thirty-two rounds of Winchester .357 caliber ammunition, twenty rounds of Federal .357 caliber ammunition, fourteen rounds of Remington .40 caliber ammunition, one round of Winchester .380 caliber ammunition, one round of Wolf .223 ammunition, six hundred and forty-nine rounds of assorted 9mm ammunition, forty-four rounds of assorted .38 caliber ammunition, sixteen rounds of assorted .45 caliber ammunition, eight rounds of assorted .40 caliber ammunition, and three rounds of assorted .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922 (g)(1).

5

COUNT THREE: (18 U.S.C. § 922(k)--Possession of Firearms with Obliterated Serial Numbers)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did possess the following firearms which had the importer's or manufacturer's serial number obliterated, or altered, and had, at any time, been shipped or transported in interstate or foreign commerce:  *Scarborough (1977)*

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US;  *NOTE: This Firearm Has Been Charged in (Mass. Dist. #05-10145NG.), Count One. Formerly (Maine Dist Ct # 04-09-Ful.) Count One.*

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069;

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

*Surplusage*

*(1C) Above listed firearms? Question of surplusage?*

6

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AAΩ265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110

All in violation of Title 18, United States Code, Section 922 (k).

COUNT FOUR: (18 U.S.C. §922(a)(3)--Transporting Firearms Into One's State of Residence)

The Grand Jury charges that:

7

Between on or about January 1, 2002 and January 22, 2004, in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

*(handwritten: ①)*

defendant herein, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, did purchase the following firearms outside of the state where he resided and did transport them into or receive them in the state where he resided:

a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number ABS441US *(handwritten: NOTE: This firearm has been charged in Count One (Maine Dist. # 04-09-Bal.) Nav Dkt.)*

a Bryco, Model 48, .380 caliber semi-automatic pistol, bearing serial number 406069; *(handwritten: (Mass. Dist. # 05-10145-NG.), Count One.)*

a Beretta, Model 92, 9mm semi-automatic pistol, bearing serial number L46687Z;

a Walther P99, 9mm semi-automatic pistol, bearing serial number 14449;

a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number ETB380US;

a Beretta, Model 84, 9mm semi-automatic pistol, bearing serial number E54628Y;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number HG437US;

a Glock, Model 27, .40 caliber semi-automatic pistol, bearing serial number CXE164US;

a Smith and Wesson, Model 4566, 45 semi-automatic pistol, bearing serial number VBH 1561;

a Taurus, Model PT-111, 9mm semi-automatic pistol, bearing serial number TVJ81551;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FLY 185;

a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number EFU015US;

a Glock, Model 19, 9mm semi-automatic pistol, bearing serial

*(handwritten left margin: Surplusage)*

*(handwritten bottom: (12) Above listed firearms — Question of Surplusage?)*

(11) Below Listed Firearms, Question of Surplusage?

number BFF443US;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number FBH505US;

a Smith and Wesson Sigma, .40 caliber semi-automatic pistol, bearing serial number PBB9183;

a Glock, Model 23, 9mm semi-automatic pistol, bearing serial number DAN6509US;

a Glock, Model 27, .32 caliber semi-automatic pistol, bearing serial number CSZ508US;

a FEG, Model PA 63, 9mm semi-automatic pistol, bearing serial number AA0265;

a KelTec, Model P11, 9mm semi-automatic pistol, bearing serial number 34169;

a Sig Sauer, Model P226, 9mm semi-automatic pistol, bearing serial number U509886;

a CZ Model 70, .32 caliber semi-automatic pistol, bearing serial number 734271;

a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number ERP516;

a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number F40892Z; and

a Ruger, Model P89, 9mm semi-automatic pistol, bearing serial number 307-80110.

All in violation of Title 18, United States Code, Section 922 (a)(3).

COUNT FIVE: (26 U.S.C. § 5861(d)--Possession of an Unregistered Firearm)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

9

defendant herein, did possess four firearm silencers, meaning any device for silencing, muffling, or diminishing the report of a portable firearm① without having registered them in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

All in violation of 26 United States Code, Section 5861(d).

COUNT SIX: (26 U.S.C. § 5861(f)--Making an Unregistered Firearm)

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004 in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did make, manufacture, put together or otherwise produce four firearm silencers, meaning any device for silencing, muffling, or diminishing the report of a portable firearm. *without having registered*

All in violation of 26 United States Code, Section 5861 (f).

COUNT SEVEN: (42 U.S.C. § 408 (a)(7)(B)--Misuse of Social Security Number)

The Grand Jury charges that:

On or about February 19, 2000, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER, a/k/a, MICHAEL SMITH

defendant herein, with intent to deceive, falsely represented a number, in an application for renewal of a Massachusetts driver's license, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408 (a)(7)(B).

COUNT EIGHT: (18 U.S.C. § 1028 (a)(6)--Possession of False Identification Documents)

10

The Grand Jury charges that:

Between on or about January 1, 2002 and January 22, 2004, in Lynn and elsewhere in the District of Massachusetts,

MICHAEL FOWLER a/k/a MICHAEL SMITH

defendant herein, did knowingly possess an identification document that is or appears to be an identification document of the United States which was produced without lawful authority with knowledge that it was produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028 (a)(6).

11

The Grand Jurors also find that:

1. The defendant possessed twenty-eight firearms in the
District of Massachusetts between January 1, 2002 and
January 22, 2004. Included in this number the eight
firearms that were recovered by law enforcement officers in
Massachusetts. Also included in this number are three
firearms represented by test fire envelopes containing shell
casings that were fired by the manufacturer from each of
those weapons and that were recovered in the possession of
the defendant. Also included in this number are six
firearms represented by serial number plates that had been
removed and that were recovered in the possession of the
defendant. Also included in this number are five firearms
that have not been recovered but that were sold to the
defendant by an individual in New Hampshire at the same time
that he sold the defendant a firearm that was recovered by
law enforcement in Massachusetts. Also included in this
number is one firearm represented by the serialized factory
box for that firearm that was recovered in the possession of
the defendant. Also included in this number is the firearm
represented by the receipt for a firearm that was recovered
in the possession of the defendant. Also included in this
number are four firearm silencers that were recovered in the
possession of the defendant.

2. The defendant transferred at least one of the firearms to
others with knowledge, intent or reason to believe that it
would be used or possessed in connection with another felony
offense.

3. The defendant committed these offenses while on probation.

*(handwritten annotations):*

*8 - recovered*

*#3 - test fire shell*
*Envelopes*
*possessed*

*#6 F/A Serial No plates*
*possessed*

*# 28 F/A    #5 F/A Sold, not NH*
*recovered*

*#1 (F/A Box w/Seri#*

*#1 - F/A Receipt*

*#4 - Silencers*
*Barrel*
*Extenders*

*Surplusage*

*A*
*O*

*Defendant*
*NOTE (B)*

*See page 3-5*
*in Count Two*

*[ 1 ] → ?*

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JAMES F. LANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September 29, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   9/29/04 @ 2:00pm

# 04 CR 10308 JLT

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** ATF _____

**City** Lynn _____    **Related Case Information:**

**County** Essex _____    Superseding Ind./ Inf. _____ Case No. _____
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number    2004  M0479RBC _____
                                 Search Warrant Case Number    04-M0451-RBC _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Fowler _____    Juvenile ☐ Yes ☒ No

**Alias Name** Michael Smith _____

**Address** 50 County Way, Portland, Maine 04102 _____

**Birth date (Year only):** 1970 **SSN (last 4 #):** 1038 **Sex** M **Race:** W **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Marianne C. Hinkle _____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

   ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** U.S. Marshals **in** District of Maine _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   8

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/29/04    **Signature of AUSA:** _____