UNITED STATES DISTRICT COURT  Hand Copy (C+)

USA
v.
MICHAEL FOWLER

NO. 05-10308-JLT

FILED IN CLERKS OFFICE
2006 MAR 16 P 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

DEFENDANTS MOTION FOR DISCLOSURE OF GRAND JURY MINUTES AND RECORDS, INCLUDING RECORDS OF PRIOR PRESENTMENTS, ATTENDANCE RECORDS, AND INSTRUCTIONS TO GRAND JURY AND COLLOQUIES BETWEEN PROSECUTORS AND GRAND JURIE(S).

I. The Defendant, MICHAEL FOWLER, MOVES the Court, Pro Se, and Hereby State that this MOTION has been filed timely (i.e., Rule 16 and L.R. 116 et seq.)

1. The defendant moves, the Court, pursuant to F.R.Crim.P. Rules 12(b)(1) and 16, Rule 6(e), to ORDER, the Government to produce for inspection by defense, the Minutes and records of any other grand jury sittings in this District, or any other District which has investigated or considered the information and allegations contained in the indictment.

This Motion includes, but is not limited to, the records of any prior grand jury presentments —

— regarding the general matters set out in the indictment ("Mass. Dist. # 05-10308-JLT."), and or ("Maine Dist. # 04-09-BW"), return to any no-true-bills, instructions, and prosecutor colloquies with grand juries, in either Districts.

Unless the defendant is so provided the records and information herein, he will be deprived of his rights of due process and equal protection of the law and all that is unalienable is guaranteed by the United States Constitution and Bill of Rights, and so is further embodied in F.R.Crim.P. <u>Rule 6 et seq.</u>

2. This Motion is made and based upon all of the records and pleadings on file herein.

The defendant, argues that, 'Recording of Proceedings', (i.e., ch. 4 § 103.1, <u>at n.5</u>, Rule 6, 3d. 1999, Wright, Fed. Prac. & Proc., <u>§ 103.1</u>), that the 'verbatim' record of proceedings before the grand jury, in <u>Schlinsky v. US</u>. 379 F.2d. 735 (C.A. 1st. 1967), Cert. denied 88 S.Ct. 236, 389 US 930 (all of the proceeding) must be recorded, as in <u>Rule 6(e)(1)</u>, and is needed to aid the defendants search for inculpatory and exculpatory 'issues', as in the Jencks Act (18 § 3500; Rule 26.2; Rule 16(a)(1)(A),).

page 2 - 5.

3. The defendant, concedes, that he has been given grand jury transcripts, that appear, to be grand jury sessions conducted in 'peicemeal' in three (3) seperate sittings, specifically:

1st. Sitting, dated

page 3 - 5.

4. The defendant argues that the grand jury did not have sufficient evidence to indict, and that the evidence presented to the grand jury was illegally obtained or otherwise incompetent.; and

5. The defendant, concedes, that it is presumptive of validity of the grand jury, See Hamling v. U.S. 94 SCt. 2887, 2918, at n.23, 418 US 87, 139, at n.23 (1974); US v. DeVincent 632 F2d. 147, 154 (CA1st 1980) Cert. denied. 101 SCt. 405, 449 US 986, 66 L.Ed. 2d. 249; and

6. The defendant, herein, reserves his, rights, to challenge the (indictment), subsequent to this motion, and its disclosurer of discovery hereto; and

7. The defendant, reserves rights to challenge any 'variance' of the indictment, as in Hunter v. State of New Mexico 916 F2d. 595 (10t2Cir 1990) Cert. den. 500 US 909, 111 SCt. 1693 (1991); US v. Wright 932 F2d. 868 (10t2Cir 1991) Cert den. 502 US 962, 112 SCt. 428 (1991) qauting US v. Chandler 858 F2d. 254, 257 (5tcCir 1998)

page 4 - 5

8. The defendant, reserves All Rights to Amend and or Supplement this motion prior to its hearing, or there after, with leave of the Court.

Respectfully Submitted

Date:
Jan. 28, 2006

/s/
Michael Fowler
Defendant, Pro Se.

Certificate of Service

I have made service upon AUSA (Connelly) on this day by US mail pre paid postage, via Inmate mail at ECCF, on this date of January 28, 2006.

/s/ MICHAEL FOWLER
Michael Fowler
Defendant, Pro Se

page 5-5.