UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 16 P 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V

MICHAEL FOWLER,AKA
MICHAEL W.SMITH

CRIMINAL INDICTMENT
NO.05-10308-JLT.

DEFENDANTS
ATTATCHMENT IN SUPPORT OF
MOTION TO SUPPRESS EVIDENCE OF AN
UNLAWFUL SEARCH AND SEIZURE

The herein,[ATTATCHMENT] consist(s) of 51 pages total.; and and,includes the following:

1] Chronological Chart of Events,between 2001-2004,1 page;and

2] List of Event Date(s) & Event Detail(s),2 pages ; and

3] (D.Mass.#05-10308-JLT.),Discovery Bate's #095,1 page,Underscoring the 'knowledge' of the existence of a connection 'NEXUS',of the 'NOTEBOOK NOTES' seized,and subsequently,has been [SUPPRESSED],see the [D.Me.#04-09-BW.,Mag.Rec.Dec. at 22],and [AFFIRMED,Woodlock,J], at Document No.81,cf..('Mag.finds that the conversation between ZISSULIS,and the Trooper BUSTARD,were sufficiently attenuated to dissipate any taint'),and at Mag.Rec.Dec.at 21..('it is not obvious that either was tainted by the illegal search of the duffel bags that produced the handgun,magazine and ammunition..') ,But,see Mag.Rec.Dec. at 22--CONCLUSION: I RECOMMEND THAT THE COURT GRANT (Fowler's) MOTION TO SUPPRESS,IN PART,BY EXCLUDING FROM THE EVIDENCE THE GUN,RELATED GUN PARAPHERNALIA,AND THE CONTENTS OF BOTH THE NOTEBOOKS AND UNCLE HENRY's GUIDE SEIZED DURING THE SEARCH OF THE JEEP,AS WELL AS THE GUN_RELATED STATEMENTS (Fowler) MADE TO TROOPER BUSTARD IN SUBSEQUENT TELEPHONE CONVERSATIONS CONCERNING THE SAME..;and

4] NOTEBOOK PAGES,Bate's ##075-077,##071-072,consisting of 7 pages total..Specifically,Bate's ##075,095,071-072...are directly connected to WILLIAM 'Bill'Zissulis,of Rt.179 (207-460-9905),an Ellsworh,Maine Cellular Phone Number..

5] NOTEBOOK PAGES,Bate's #077,is 'CLEARLY' connected directly to RICHARD 'Rick' DECARTERET,Home Tel.#(207-638-2251),of Route 193,Beddington, Maine..Whom Is A Well Known Person In Hancock County,especially,by any Law Enforcement personnel..,1 page.;Also,see Bates #059.

6] Maine Trooper BUSTARD's INCIDENT REPORT DATED (11/11/2003), Bate's ##059-070;and

7] Bate's ##071-074,4 pages total,re: ZISSULIS firearm sale-reciept.

8] 8 page,Cellular telephone bill for (207-432-1797),MICHAEL W.SMITH.

9] 19, additional pages.

DEFENDANTS EXHIBIT
TO SUPPORT ARGUEMENT OF NO PROBABLE CAUSE
FOR ISSUANCE OF FEDERAL SEARCH WARRANT
IN SUPPORT OF MOTION TO SUPPRESS

Deft.Ex.No.1

ECCF

Search Warrant Execution By ATF/(Oppenheim).(01/22/04)
62 Nahant St., Lynn, Mass

(01/15/2003) Clough gun Recovered Boston Mass

(10/28/03) Tpr. Bustard, Conversation with Bill Zissulis about 10/3/03 Gun Sale by Smith, i.e. it

(10/26-27/2003) T/C Jeep Incident & Seizure from Jeep by MSP Tpr. Bustard,

(10/03/2003) Allege Bill Zissulis Gun Sale to Smith. See 10/28/03 (note above

(09/03/2003) Mr. & Mrs. Clough, Photo ID & Interview by ATF Agents Oppenheim

Dist. Mass Crim. Complaint (09/27/2004) #04 M0479 RBC.

(09/13/01) Smith-Fowler Release Prison

**2001** **2002** **2003** **2004** **2005** **2006**

**JANUARY 2001**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**JANUARY 2002**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**JANUARY 2003**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**JANUARY 2004**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**JANUARY 2005**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**JANUARY 2006**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**FEBRUARY 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**FEBRUARY 2002**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**FEBRUARY 2003**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**FEBRUARY 2004**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

**FEBRUARY 2005**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28

**FEBRUARY 2006**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

**MARCH 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**MARCH 2002**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**MARCH 2003**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**MARCH 2004**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**MARCH 2005**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**MARCH 2006**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**APRIL 2001**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**APRIL 2002**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**APRIL 2003**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**APRIL 2004**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**APRIL 2005**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**APRIL 2006**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**MAY 2001**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**MAY 2002**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**MAY 2003**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**MAY 2004**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**MAY 2005**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**MAY 2006**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**JUNE 2001**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**JUNE 2002**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**JUNE 2003**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**JUNE 2004**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**JUNE 2005**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**JUNE 2006**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**JULY 2001**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**JULY 2002**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**JULY 2003**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**JULY 2004**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**JULY 2005**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**JULY 2006**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**AUGUST 2001**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**AUGUST 2002**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**AUGUST 2003**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**AUGUST 2004**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**AUGUST 2005**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**AUGUST 2006**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**SEPTEMBER 2001**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**SEPTEMBER 2002**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**SEPTEMBER 2003**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**SEPTEMBER 2004**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**SEPTEMBER 2005**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**SEPTEMBER 2006**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**OCTOBER 2001**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**OCTOBER 2002**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**OCTOBER 2003**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**OCTOBER 2004**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**OCTOBER 2005**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**OCTOBER 2006**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**NOVEMBER 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**NOVEMBER 2002**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**NOVEMBER 2003**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**NOVEMBER 2004**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**NOVEMBER 2005**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**NOVEMBER 2006**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**DECEMBER 2001**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**DECEMBER 2002**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**DECEMBER 2003**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**DECEMBER 2004**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**DECEMBER 2005**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**DECEMBER 2006**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

(12/8/2002) Clough Gun Sale, Recovered (01/15/03), By Boston P.D. Massachusetts
Recovered 38 days, after Alleged Sale on (12/08/2002).

NOTE (12/8/2002) Clough, Firearm purchase by Smith. Fed. S.W. obtained (01/22/04) thirteen (13) month's later after, the Clough Sale, (i.e. 'Stale') nexus as to Sale and S.W. issuance

LIST OF EVENTS AS
REPORTED BY MAINE TPR. BUSTARD
REGARDING THE 'T-16' INCIDENT

Dec. 8 2002 (Clough) Firearm Sale - Allegation.
Jan. 15 2003 (Clough) Firearm Recovered - Boston (Kareem Taylor)
Sept. 3, 2003 (Clough) ATF Interview - Photo Array

Oct. 28 2003 (Zissulis) Firearm Sale to (Smith) - Allegation (10/03/2003)
Oct. 26, 2003 (T-16, re. Jeep - (Smith) Phone Call - Bill Zissulis)
Oct. 27, 2003 (T-16, Richard A. Decarteret, Assist Jeep.) Approx. 8am - 830am
Oct. 27, 2003 (Smith - Injury - T16)
Oct. 27, 2003 (Ranger Hammond, & T16 checking on Decarteret, ect.)
Oct. 27, 2003 (Smith's Call to MFS - Ranger Dispatch) 1st Call approx: 115pm will recover MV., ect..
Oct. 27, 2003 (MSP - Tpr. Bustard & MFS Ranger. Hammond Return to Jeep Approx. @ 4pm. and Subsequent Search of Jeep.)
Oct. 28, 2003 (2nd. Call Bill Zissulis - Richard Decarteret Decarteret Alleges to have got this Call)
Oct. 28, 2003 MSP Tpr. Bustard, Afternoon learns of Bill Zissulis Call to Richard Decarteret, Tpr. 'Surmised' that (Smith) had been at the scene, (10/27/03) but elected not to speak w/Tpr. then!.)
Oct. 28. 2003 (Tpr. Bustard, spoke directly w/ Bill Zissulis, alleged to have known Smith Since early October 2003 (10/3/03) Sold F/A

Oct. 27, 2003 (MSP. Tpr. Bustard, Called Lane Chase @ Stoneworks - Mass, employed as a caretaker short period of time...)

Oct. 27, 2003 (Tpr. Bustard, also used VIN to learn that Jeep registered to M Smith in York County, Maine); and Learned (Smith, wanted on Warrant out of Kittery Maine)

Nov. 5, 2003 (Tpr. Bustard, Spoke to Kittery Police Det. Hackett, re. Warrant matter, and that (Smith) had a record of trafficking in firearms and did not really live in Maine, ect...)

Oct. 28, 2003 (Tpr. Bustard, Called Lynn Police - Mass

Oct. 28-29, 2003 (Tpr. Bustard, returned to Scene, but Jeep was gone) and Tpr. Bustard and 'Other' Law Enforcement Searched the Area because concerned of possibility of a 'Body' being buried in the woods, or other evidence in the area. They found nothing.)

Nov. 5, 2003 (Tpr Bustard, made phone Contact W/Smith [1st Call]

Nov. 10 2003 ([2nd Call] to Smith), (Tpr. Bustard, had no further Contact with Fowler/Smith Nov. 10 03).
NOTE S.W. Affidavit, alleges phone calls on Nov. 8 & 11, 2003 Bates # # 75-78

NOTE

See Also, Bates #075.

And See, Cf. Bates #059

Tpr. Bustard's Report

(Home Tel. # 207-584-3305)

Bill Zisbulis

Box 10, Route 179, Aurora, Maine

Mobile Cell #(s)

#460-9905 (Bill's Cell)

#465-9459 (Wife's Cell, ?)

Mass. Bates 095

Bill Dulius 460-9905 Tele #

G27 Bill Rt. 179 Aurora Maine 525

[illegible]

11/E4 B844 Auburn 777-5115 (Any) 480

11/E3 G17 Dan (Any) Mechanic Falls 480 345-3228

6/E5 SW 38 spec Snub Waldwick 315 386-1509

13/E5 G23 Waldoboro (Any) 500 Moody's Diner 458-1443

NOTE
See Bates # 095.
William 'Bill' Zissuliss
Waldoboro, ME
Auburn, ME
Mechanic Falls, ME
Woolwich, ME
075

See Bates #075 #095

'DAN' Mechanicfalls Maine

Berretta 13084 Auburn, Maine

Auburn, ME

'DAN'

Printed by: alden.e.bustard
Printed date/time: 11/11/03 16:01

# Incident Report

MAINE STATE POLICE
36 HOSPITAL STREET 42 STATE HOUSE STA.
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

## Persons Involved

Person#: 0002 MNI: 33802 Can ID Suspect: Yes
Event Association: WITNESS
Name: ZISSULIS, WILLIAM G
DOB: 02/02/1947 Age: 56 - 58 Sex: MALE Race: WHITE/CAUCASIAN/HISP.
Height: Weight: Eye Color: Hair Color:
Address: PO BOX 10 ROUTE 179 AURORA, MAINE UNITED STATES 04408 Troop/Patrol Zone: J
Phone Type 1: HOME Phone# 1: (207) 584-3305 Ext 1:
Phone Type 2: Phone# 2: Ext 2:
Occupation: Employer/School:

Person#: 0003 MNI: 33807 Can ID Suspect: No
Event Association: WITNESS
Name: DECARTERET, RICHARD A
DOB: 05/21/1949 Age: 54 - 54 Sex: MALE Race: WHITE/CAUCASIAN/HISP.
Height: Weight: Eye Color: Hair Color:
Address: 1907 STATE HWY 193 BEDDINGTON, MAINE UNITED STATES 04622 Troop/Patrol Zone: J
Phone Type 1: HOME Phone# 1: (207) 638-2251 Ext 1:
Phone Type 2: Phone# 2: Ext 2:
Occupation: Employer/School:

Person#: 0004 MNI: 33843 Can ID Suspect: No
Event Association: CONTACT
Name: CHASE, LAINE
DOB: Age: - Sex: MALE Race: WHITE/CAUCASIAN/HISP.
Height: Weight: Eye Color: Hair Color:
Address: 250 HIGHLAND AVENUE SALEM, MASSACHUSETTS UNITED STATES Troop/Patrol Zone:
Phone Type 1: BUSINESS Phone# 1: (987) 741-3100 Ext 1:
Phone Type 2: Phone# 2: Ext 2:
Occupation: Employer/School:

## Vehicles Involved

Vehicle#: 0001
Event Assoc: USED IN CRIME Vehicle Status:
Vehicle Type: A Year: 2003 Make: JEEP Model:
VIN: 1J4FA69343P353197 Registration Plate#: 3705B State: VT
Style: UTILITY TRUCK Prim Color: SILVER, ALUMIN Sec Color: Ter Color:
Status Dt/Tm: Status Value: Recovered Date: Recovered Value:
NCIC Date: NCIC Reported By:
NCIC#: NCIC Cancelled:

Printed by: alden.e.buctard
Printed date/time: 11/11/03 16:01

# Incident Report

MAINE STATE POLICE
38 HOSPITAL STREET 42 STATE HOUSE STA.
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

## Businesses Involved

Business #: 0001
Event Association:
Business Name: STONE WORKS COMPANY Business Type: OTHER
Address: 250 HIGHLAND AVENUE SALEM, MASSACHUSETTS UNITED STATI Troop/Patrol Zone:
Phone Type 1: Phone# 1: Ext 1:
Phone Type 2: Phone# 2: Ext 2:

Business #: 0002
Event Association: VICTIM
Business Name: STATE OF MAINE Business Type:
Address: Troop/Patrol Zone:
Phone Type 1: Phone# 1: Ext 1:
Phone Type 2: Phone# 2: Ext 2:

## Property Involved

Property #: 0001 Evidence: No
Event Assoc/Orig status: SEIZED Original Status Date: Original Value:
Current Status: SEIZED Current Status Date: Current Value:
Property Type: FIREARMS
Description: SMITH & WESSON HANDGUN
Make/Brand: SMITH & WESSON Model:
Color: GUN COLOR Quantity: 1
Serial/Lot#: TFL0088 Owner Applied#:
NCIC Notified Date/Time:

Property #: 0002 Evidence: No
Event Assoc/Orig status: SEIZED Original Status Date: Original Value:
Current Status: SEIZED Current Status Date: Current Value:
Property Type:
Description: LOADED MAGAZINES
Make/Brand: Model:
Color: BLACK Quantity: 4
Serial/Lot#: Owner Applied#:
NCIC Notified Date/Time:

### Property/Person Associations

| Prop# | Person Name | Association |
|---|---|---|
| 0001 | SMITH, MICHAEL W. | OWNER |

Suppressed (D. Me. #04-09-B-W)

Printed by: alden,e.bustard
Printed date/time: 11/11/03 16:01

# Incident Report

MAINE STATE POLICE
36 HOSPITAL STREET 42 STATE HOUSE STA.
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

## Property Involved

Property #: 0003
Event Assoc/Orig status: SEIZED
Current Status: SEIZED
Property Type:
Description: PLASTIC HOLSTER
Make/Brand:
Color: BLACK
Serial/Lot#:
NCIC Notified Date/Time:

Evidence: No
Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:

Original Value:
Current Value:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

Property #: 0004
Event Assoc/Orig status: SEIZED
Current Status: SEIZED
Property Type:
Description: BAG OF AMMUNITION
Make/Brand:
Color:
Serial/Lot#:
NCIC Notified Date/Time:

Evidence: No
Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:

Original Value:
Current Value:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

Property #: 0005
Event Assoc/Orig status: SEIZED
Current Status: SEIZED
Property Type:
Description: CAMOUFLAGE BAG
Make/Brand:
Color:
Serial/Lot#:
NCIC Notified Date/Time:

Evidence: No
Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:

Original Value:
Current Value:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

Suppressed
(D. Me. #04-09-B-W)

# Incident Report

MAINE STATE POLICE
36 HOSPITAL STREET 42 STATE HOUSE STA.
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

## Property Involved

**Property #: 0006**

| | | |
|---|---|---|
| Event Assoc/Orig status: SEIZED | Evidence: No | |
| Current Status: SEIZED | Original Status Date: | Original Value: |
| Property Type: CELLULAR TELEPHONE | Current Status Date: | Current Value: |
| Description: CELL PHONE | | |
| Make/Brand: MOTOROLA | Model: | |
| Color: BLACK | Quantity: 1 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Notified Date/Time: | | |

**Property/Person Associations**

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

**Property #: 0007**

| | | |
|---|---|---|
| Event Assoc/Orig status: SEIZED | Evidence: No | |
| Current Status: SEIZED | Original Status Date: | Original Value: |
| Property Type: | Current Status Date: | Current Value: |
| Description: NOTE PADS | | |
| Make/Brand: | Model: | |
| Color: | Quantity: 2 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Notified Date/Time: | | |

Suppressed (D. Me. #04-09-B-W)

**Property/Person Associations**

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

**Property #: 0008**

| | | |
|---|---|---|
| Event Assoc/Orig status: SEIZED | Evidence: No | |
| Current Status: SEIZED | Original Status Date: | Original Value: |
| Property Type: | Current Status Date: | Current Value: |
| Description: ADVERTISEMENTS | | |
| Make/Brand: | Model: | |
| Color: | Quantity: 2 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Notified Date/Time: | | |

**Property/Person Associations**

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

Printed by: alden.e.bustard
Printed date/time: 11/11/03 16:01

# Incident Report

MAINE STATE POLICE
36 HOSPITAL STREET 42 STATE HOUSE STA
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

## Property Involved

Property #: 0009
Event Assoc/Orig status: SEIZED
Current Status: SEIZED
Property Type: CLOTHES/FURS
Description: CLOTHING
Make/Brand:
Color:
Serial/Lot#:
NCIC Notified Date/Time:

Evidence: No
Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:

Original Value:
Current Value:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

Property #: 0010
Event Assoc/Orig status: SEIZED
Current Status: SEIZED
Property Type:
Description: DUFFLE BAG
Make/Brand:
Color: BLACK
Serial/Lot#:
NCIC Notified Date/Time:

Evidence: No
Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:

Original Value:
Current Value:

(Suppressed DiMeo 04-9-B10)

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | SMITH, MICHAEL W | OWNER |

## Synopsis

Entered Date/Time: 11/11/2003 15:55
Author: BUSTARD, ALDEN
Subject: POSS FIREARM BY A FELON

On October 27, 2003, I responded to a report of a suspicious vehicle located on a power line in T16. The vehicle was a silver Jeep Rubicon bearing Vermont registration 37058. I searched the interior of the vehicle to try to establish the identity of the owner. I seized a Smith & Wesson forty caliber handgun as well as ammunition from the rear of the vehicle. The investigation disclosed that the owner of the vehicle, Michael SMITH, of Massachusetts and Maine, was a convicted felon and had been convicted of trafficking firearms. The case was referred to the violent crimes task force for further investigation.

## List of Documents

| Subject: | Author: | Entered Date/Time: |
|---|---|---|
| SPJ2003-041020_DOC1 | BUSTARD, ALDEN | 11/11/2003 11:32:51 |

DEC.-10 05(WED) 12:16 USAO BANGOR TEL:207 945 0391 P.007

NOV-11-2003 17:09 E STATE POLICE TRP J P.15

Printed by: alden.e.bustard
Printed date/time: 11/11/03 16:01

# Incident Report

Page 7 of 7

MAINE STATE POLICE
36 HOSPITAL STREET 42 STATE HOUSE STA.
AUGUSTA, MAINE 04333
(207) 624-7000

Incident Number: SPJ2003-041020

**Signatures**

Reporting Officer: [signature] Date: 11-11-03

064

# Maine State Police
## Continuation Report

Event #
041020

| Author | CODE NO |
|---|---|
| Tpr. Alden Bustard | 0545 |

DETAILS OF INVESTIGATION:

DATE:
10-27-03

I received a call from the state police dispatcher in Orono requesting that I contact Courtney HAMMOND of the Maine Forestry Service in reference to a suspicious vehicle which had been located in a wooded area in T16. I spoke with HAMMOND on the telephone a short time later. HAMMOND advised me that he had received a telephone call from Beddington Fire Chief Richard "Rick" DECARTERET at approximately 0530 hrs on this date. DECARTERET advised HAMMOND that he was going to T16 to assist someone who had gotten their vehicle stuck on a power line in T16. DECARTERET had received a call from William ZISSULIS asking him if he could try to find the vehicle. DECARTERET believed the circumstances of the location of the vehicle was suspicious so he wanted HAMMOND to know where he was in case something happened to him. HAMMOND advised that he did not hear back from DECARTERET so he drove to the area to check the vehicle. HAMMOND advised that the vehicle was a silver Jeep Rubicon bearing Vermont registration 37058. A registration inquiry through DMV shows this registration as being not on file. The vehicle was stuck on a power line in the area of the 73000 road in T16. There was no one around the vehicle when HAMMOND arrived in the area. HAMMOND stated that a cellular telephone rang while he was checking the vehicle. The caller refused to identify himself and was evasive about answering HAMMOND'S questions. HAMMOND stated that he spoke with DECARTERET later in the morning and was advised that DECARATERET had located the vehicle. DECARTERET gave the operator a jack but he was unable to get the vehicle out. As the operator was trying to get the vehicle out, a black male subject was hiding in the woods near the scene. The operator was unable to get the vehicle out so after a short time DECARTERET told them that they had to get out of there. The black male subject was reluctant to come out of the woods but eventually came out and the three drove to Ellsworth. HAMMOND advised that the operator had identified himself to DECARTERET as being Michael SMITH of Lynn, Massachusetts. SMITH had cut his hand as he was trying to get the vehicle out. SMITH asked DECARTERET to take him to the hospital in Ellsworth. DECARTERET dropped SMITH and his friend off at Maine Coast Memorial Hospital in Ellsworth. I made arrangements to meet with HAMMOND later in the afternoon so we could check the vehicle.

1625 HRS. **065**

I met with Ranger HAMMOND in the T16 area. I parked my cruiser on the side of the road a short distance from the power line and drove down the power line with

HAMMOND. The vehicle was approximately a quarter mile down the power line from the 73000 road. The vehicle was a silver Jeep Rubicon bearing Vermont registration 37058. The vehicle was facing towards the east and was stuck in the mud. The vehicle appeared to have been traveling west when it turned around and got stuck a short distance from where it had turned around. The vehicle had a Maine inspection sticker on the windshield which expires in September 2004. I recorded the VIN number from the drivers door of the vehicle. The vehicle was unlocked and the keys had been removed. I searched the interior of the vehicle to attempt to locate the identity of the owner. I located a business card in the front of the vehicle with Dirigo Property Services name listed on it. A copy of the business card is attached to this report. I located a cellular telephone on the front seat of the vehicle. I located a notebook on the rear seat of the vehicle which was opened to a hand drawn map of the area. The notebook also made references to what appeared to be a number of firearms transactions. I also located several advertisements from Uncle Henry's that listed several firearms for sale. A copy of the notebook pages and advertisements is attached to this report. I also located a black duffle bag in the rear of the vehicle behind the rear seat. I located a Smith & Wesson forty caliber handgun inside the duffle bag. I cleared the handgun to ensure that it was not loaded. I removed a fully loaded magazine from the magazine well but the chamber was empty. There was also a leather holster and clothing inside the bag. I also located a smaller camouflaged colored bag in the rear of the vehicle next to the duffle bag. Inside the bag was a large plastic bag which contained forty caliber ammunition. There were also four loaded forty caliber magazines in the bag along with a plastic holster. There were also several paper targets in the bag. I seized the two bags and contents for safe keeping until I could locate the owner. I also seized the notebook along with the Uncle Henry's advertisements and cellular telephone from the front of the vehicle. The property was secured in the trunk of my cruiser.

Ranger HAMMOND showed me a business card which he had located in the vehicle earlier. The card had Michael SMITH'S name on it. The card indicated that SMITH was a sales representative for Stone Works Company out of Salem, Massachusetts. HAMMOND also advised me that he had been told by DECARTERET that SMITH had identified the black male subject with him as being Al JONES. Ranger HAMMOND and I then cleared the scene.

10-28-03
1100 HRS.

I spoke with Ranger HAMMOND on the telephone. HAMMOND advised me that he had received information that ZISSULIS gave SMITH and his friend a ride to T16 to attempt to find the vehicle around the same time we were at the scene. HAMMOND also advised that ZISSULIS and the others saw my cruiser parked on the side of the road but did not stop.

1120 HRS.

I spoke with Lt. Tom REDDY of the Lynn, Massachusetts Police Department on the telephone. I informed Lt. REDDY of the circumstances involving the vehicle and inquired if his department had any record of contacts with SMITH. Lt. REDDY advised

that he would check his files and forward the information to me. As of 11-11-03, I have not received any information from Lt. REDDY

1130 HRS.

I spoke with Laine CHASE on the telephone. CHASE is the owner of Stone Works Company in Salem, MA. CHASE stated that SMITH called him yesterday at approximately 1442 hours and told him that he had broken his hand and fingers. SMITH told CHASE about getting his vehicle stuck. CHASE stated that prior to yesterday he had not heard from SMITH for about a week. CHASE advised that he first met SMITH in April of this year. CHASE advised that SMITH had done some work as caretaker for his seventy-five year old mother in the past but had never been a sales representative for his company. CHASE believed that SMITH had the business cards printed on his own. CHASE described SMITH as being "fucked up." CHASE stated that he has friends who are attorneys and magistrates in Massachusetts and he had asked one of them to do a background check on SMITH as he was caring for CHASE'S mother. CHASE was only told that SMITH was no one he would want around his mother. CHASE advised that his family owns property and Maine and his mother has a cottage in Waterboro. SMITH had taken his mother to the cottage approximately eight or nine times throughout the summer. CHASE also advised that SMITH is known to associate with a number of young black males.

1200 HRS.

I spoke with William ZISSULIS on the telephone. ZISSULIS stated that SMITH called him at approximately 1900 hrs on the evening of 10-26-03 and told him that he was stuck on the power line in T16. ZISSULIS told him that he should call the authorities. SMITH did not indicate to ZISSULIS whether there was anyone with him. SMITH gave ZISSULIS directions to where he was stuck. SMITH sounded like he was knowledgeable about the woods. ZISSULIS searched the area for approximately three hours but was unable to locate SMITH. ZISSULIS later spoke with Rick DECARTERET and Rick said he would go out and try to locate SMITH. SMITH called ZISSULIS yesterday and wanted a ride to T16 so he could again try to get his vehicle out. ZISSULIS picked SMITH up in Ellsworth. There was also a black male subject who was approximately twenty-one years old with SMITH The three then drove to the T16 area. SMITH seemed to be familiar with the area. They saw my cruiser parked on the side of the road but SMITH did not want to stop. They were unable to find SMITH'S vehicle. They returned to Ellsworth and ZISSULIS dropped SMITH and his friend off at Budget Rent a Car on High Street. ZISSULIS stated that he initially met SMITH when he sold SMITH a Glock forty caliber handgun on 10-08-03. ZISSULIS later provided me with a copy of the receipt for the handgun which is attached to this report. ZISSULIS told SMITH that he would like to have the handgun returned and he would fully refund his money. SMITH told ZISSULIS that he had sold the handgun to a friend.

I left several messages on DECARTERET'S answering machine but as of 11-11-03, he has not returned my calls.

KITTERY POLICE DEPARTMENT
OFFENSE REPORT

PO Box 359
Kittery, Maine 03904
1-207-439-1638

Master Card Completed ☐ Case Logged ☐

CASE NUMBER: K03 - 3035-11 | CLASSIFICATION Negotiating a Worthless Instrument ☐ JUVENILE CASE

COMPLAINANT IS COMPLAINANT ALSO THE VICTIM? ☐ YES ☒ NO

NAME Edward Strong, Chief of Police, Kittery PD DOB: 4/28/45 AGE: 58
ADDRESS P. O. Box 359 TELEPHONE: ( )
CITY Kittery STATE ME ZIP 03904 WORK: ( 207 ) 439-1638

OCCURRED DATE 4/22/03 Between from 09:00 to 17:00 | REPORTED DATE 5/7/03 Time 16:00

LOCATION OF OFFENSE Kittery Town Hall

VEHICLE INVOLVED
YES ☒ REG: (STATE )See Narrative MAKE: YEAR OF MANUFACTURE:
NO ☐ MODEL: VIN: COLOR:

WEAPON INVOLVED
YES ☐ TYPE: MFG. SERIAL NO
NO ☒ CALIBER Other

OTHER PERSONS INVOLVED

| NAME | ADDRESS | | Date of Birth | Phone Number | RACE | SEX | Height | Weight | HAIR | EYES | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathryn Pridham | c/o Kittery Town Hall | Kittery, ME 03904 | 10/27/53 | 207-439-0452 | W | F | | | | | W |
| Michael W. Smith | 72 Route 236 | Kittery, ME 03904 | 8/3/70 | 207-432-1797 | W | M | 508 | 130 | Bro | Haz | A |
| AKA: Michael Fowler | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

CODES: (A) Accused - Use only if in custody, summoned or warrant exists (S) Suspect - Use only if P.C. to charge
(V) Victim (W) Witness (0) Other (M) Mother (F) Father (G) Guardian

FOR JUVENILES ONLY: PARENTAL NOTIFICATION: DATE: TIME
RELEASED TO: TIME
FINGERPRINTS TAKEN: ☐ Type of Family Member PHOTOGRAPH TAKEN: ☐

EVIDENCE TAG NOS. None CRIME SCENE PROCESSED Y (N) BY:

PHOTOS TAKEN: (Y) N # of Pics CROSS REF. CASE #
Type of Camera Digital 2 Taken By: Wm. J. Hackett

TOTAL LOSS $2,390.17 TOTAL RECOVERY $500.00 so far TT SENT (Y) N NCIC REQUESTED (Y) N

**On May 7, 2003 CHIEF STRONG turned over to me a letter, written by KATHRYN PRIDHAM to TOWN MANAGER PHIL McCARTHY, accompanied by copies of three motor vehicle registrations and three personal checks. CHIEF STRONG then directed me to conduct an investigation into the three transactions. The three checks had been written at KITTERY TOWN HALL on April 22, 2003; drawn against account number 66904936573 at SOVEREIGN BANK as follows:**

**→1. CHK. #229 $2, 120.94 SALES, EXCISE TAX & REGISTRATION FOR 2003 JEEP**
**2. CHK. #230 $ 139.42 EXCISE TAX & REGISTRATION FOR 1997 DODGE P/U TRUCK**
**3. CHK. #231 $ 129.81 EXCISE TAX & REGISTRATION FOR 1999 CHEV. CAVALIER**

**TOTAL $2, 390.17**

**All three checks were returned by OCEAN NATIONAL BANK (KITTERY'S BANK) on April 29, 2003 unpaid and marked "Account Closed".**

**068**

**I noted that SOVEREIGN BANK is an "Internet Bank" with no local branch offices, making it much more difficult to inquire about the account. The account holder's name, as preprinted on the three checks was MICHAEL W. SMITH. I noted that the preprinted address on each check had been crossed**

REPORT COMPLETED BY: *Det. William Hackett* DATE: *May 13, 2003* APPROVED BY: [signature]
STATUS: CLEARED BY ARREST ☐ EXCEPTIONALLY ☒ CASE CLOSED ☒ CASE OPEN ☐

APPROVED

 Copy to Juvenile Division Copy to Detective Division ☒ 5/29/03

A drivers license inquiry through DMV revealed an active arrest for SMITH out of York County for negotiating a worthless instrument. SMITH'S drivers license was also suspended in Maine on 06-20-03 to indefinite for other suspension reasons.

11-05-03
1600 HRS.

I spoke with Det. William Hackett of the Kittery Police Department. Det. Hackett advised me that he had conducted an investigation of SMITH for negotiating a worthless instrument. SMITH had written bad checks to register his vehicles in Maine. I was also advised that SMITH also uses the name Michael FOWLER. SMITH had rented a storage in Kittery and set up a desk inside so he could have a Maine address. Det. Hackett stated that SMITH basically lives in his vehicle. I was also advised that SMITH is a convicted felon and has convictions for trafficking in firearms. Det. Hackett mailed me a copy of his report as well as a copy of SMITH'S criminal record. A copy of Det. Hackett's report is attached to this report.

1900 HRS.

I spoke with Michael SMITH on the telephone. I asked SMITH about the handgun that I had located in his vehicle. SMITH stated that the handgun belonged to a friend who he identified as being Bill ZISSULIS of Aurora. SMITH stated that he had traded the handgun with ZISSULIS for farming equipment such as axes, cycles, etc. SMITH stated that he is a forestry technician and subcontracts to paper companies to do surveying for them. SMITH stated that his friend, John WILLOWS, from Belfast had borrowed his vehicle and got it stuck on the power line. SMITH was not with WILLOWS when he got the vehicle stuck. WILLOWS had been looking for a place to do deer hunting on the power line when he got stuck. SMITH called ZISSULIS to help him get the vehicle out. ZISSULIS was unable to find him that night. SMITH stated that he first met ZISSULIS when he was considering purchasing a Glock 27 handgun from ZISSULIS. SMITH backed out on the deal because he couldn't afford it SMITH was at Motel 8 in Bangor when WILLOWS called him and told him about getting the vehicle stuck. SMITH hired a taxi from Bangor to take him to T16. SMITH arrived in T16 at approximately 0100 hrs. Rick DECARTERET came out the next morning and let him use a jack. SMITH was still unable to get the vehicle out. DECARTERET then drove him to the hospital in Ellsworth because SMITH had injured his hand when the jack fell on it. SMITH stated that he did not go back to where the vehicle was located after he went to the hospital. SMITH then stated that he had returned to the area when it was dark but could not find the vehicle. SMITH stated that the Jordan brothers in Waltham later towed the vehicle out. I advised SMITH that I had some of his possessions that I would like to return to him. SMITH stated that he may be in the area the following weekend on Saturday (11-08-03). I advised SMITH that I would be working all day and night and he could contact me when he got in the area.

11-08-03
2045 HRS.

I spoke with ZISSULIS on the telephone. I described the handgun that I had in my possession to ZISSULIS. ZISSULIS stated that the handgun was absolutely not his.

ZISSULIS again stated that he tried to recover the Glock which he had sold to SMITH but SMITH told him that he had sold it to a friend.

11-10-03
0910 HRS.

I called SMITH on the telephone. I asked SMITH why I had not heard from him the previous day. SMITH stated that something came up and he did not make it to the area. I again told SMITH that I would like to return his belongings to him. SMITH stated that he does not have a concealed weapons permit and did not feel comfortable taking possession of a handgun that belonged to someone else. I told SMITH that I could return the handgun to the owner and return his other belongings to him. SMITH then stated that ZISSULIS was not actually the owner of the handgun. SMITH stated that Mr. WILLOWS was the owner. I asked SMITH what WILLOWS' first name was. At this point, the telephone was disconnected. I called SMITH again and asked him WILLOW'S first name. SMITH stated that WILLOW'S first name was Jeff. SMITH had previously told me that WILLOW'S first name was John. I asked SMITH why he had previously told me that he had traded the handgun with ZISSULIS for farm equipment. SMITH stated that he first met ZISSULIS four or five months ago when he was going to purchase a Glock from him. SMITH backed out of the deal because he couldn't afford it. SMITH was going to trade farm equipment on another deal which he could not explain. SMITH also inquired about the bag containing the loaded magazines and ammunition. SMITH stated that the bag belonged to him SMITH stated that the targets were also his. SMITH stated that he likes to have extra magazines when he goes to the shooting range so he doesn't have to keep reloading because it hurts his fingers. SMITH also stated that he likes Glock items. SMITH stated that he did not know about the handgun in his vehicle until after he went to the hospital. SMITH stated that Al JONES was with him when DECARTERET arrived and tried to help him get the vehicle out. SMITH described JONES as being a black male. I asked SMITH if he had WILLOWS' telephone number so I could call him and make arrangements to return his handgun. SMITH stated that he had no way of contacting WILLOWS and did not really know much about him. SMITH stated that he would try to contact WILLOWS and would call me later. SMITH also stated that he may be in the area next weekend and would call me when he got in the area.

**ENCLOSURES:**

**RECOMMENDATION:**



Defendant
Note's
Volunteer
Fire Chief of Beddington, Maine
a freind of William 'Bill' Zissulis
who happens, to be town Selectman
of the neighboring town of Aurora, Maine
Both, officials are well Known
by all area Law Enforcement.
077
Beddington Ⓗ Ⓡ #19077
638-2251 Rt. 193
Rick DeCarti Selectman

P. 013

Copy for Law Enforcement or BATF if needed with proper signature

# Firearms

• Bill of Sale
• Invoice

| Non Dealer | Buyer |
|---|---|
| Original Owner<br>Reginal Archer<br>Great Pond Rd<br>Great Pond, Me<br>Tel (207) 584-5004 | Name: Michael W. Smith<br>Street Address: P.O. Box 467<br>City: Springvale State: Me. Zip: 04086<br>Home Phone: (207) 432-1797 Work Phone: |

**Firearm Description** ☑ USED ☐ NEW

☐ Shotgun ☐ Rifle ☐ Revolver ☑ Pistol ☐ Other

Manufacturer: Glock Model: 27 Cal/Gauge: 40 S&W

Serial Number: CZS494US Barrel length: 3" Finish: BLK Action: Semi-A

Included Accessories: Hard case, Ex. Mag, cleaner, booklets

| Quantity | Description | $ Amount |
|---|---|---|
| | Above described firearm | |
| 1 | Glock M-27 40 S&W ex cond | $475 |
| Seller | Bill [illegible] | |
| | | |
| | | |
| | | |
| | Shipping | |
| | Sub-Total | |
| | TAX | |
| | Total | |

10/30/03 AD Info on back

**Receipt of Firearm**

I hereby certify that I am not prohibited from legally acquiring the above described Firearm by Federal, State or local laws. I further acknowledge receipt of said Firearm on the date and time indicated below.

Buyer states he is not a Felon.

Buyer's Signature: [signature] Date: 10/08/03 Time: 6 PM

Maine Driver's License Number: [illegible] 0137 State: ME

Dealer Certification

Silver Gray Jeep Wrangler Rubicon with Black Top (Hard) ME. Reg. 8557LH

071

Mike Said he resold to a Frank B. Jacques

ME. Dr. Lic. #6451792

PO Box 167
China Me
04926

Defendant Notes:
A Copy of this 'Receipt' was, also Seized from the Jeep on (10/27/2003) by Me-State police.

original owner Reggie Archer Great Bend. My Copy Original but Printed 2nd written signature

# Firearms Bill of Sale Invoice

Private Sale

| From | To Buyer |
|---|---|
| Bill Zissulis for P.O. Box 10 Aurora, Me. 04408 Original Owner Reginald Archer G.P. Rd Great Pond Me. 584-5004 | Name: Michael W. Smith<br>Street Address: P.O. Box 467<br>City / State / Zip: Springvale Me. 04086<br>Home Phone: 207.432-1797, Work Phone: Same |

**Firearm Description** ☑ USED ☐ NEW

☐ Shotgun ☐ Rifle ☐ Revolver ☑ Pistol ☐ Other

Manufacturer Glock Model 27 Cal/Gauge 40 S/W
Serial Number CZS494US Barrel length 3" Finish Black Action Semi-A
Included Accessories Hard Case, Extra Mag, loader, cleaner

| Quantity | Description | $ Amount |
|---|---|---|
| | Above described firearm | |
| 1 | USED Glock M-27 40 S/W in Ex. Cond. | $ 475.- |
| | * Sellers Signature | |
| | Bill Zissulis | |
| | | |
| | Shipping | |
| | Sub-Total | |
| | TAX | N/A |
| | Total | $475 |

**Receipt of Firearm**

I hereby certify that I am not prohibited from legally acquiring the above described Firearm by Federal, State or local laws. I hereby acknowledge receipt of said Firearm on the date and time indicated below.
Buyer states he/she is not a felon

Buyer's Signature Michael W. Smith Date October 27, 2003 Time 6 PM
W/S. 7-30 wop Driver's License Number 8650137 State ME.

Print Name Below. Here.
Michael W. Smith

073

10/30/03 Turn over Ad Info.

Note Get Mike to Re Sign & Lic No. Reg. 8557LH. Silver Gr Jeep Rubicon w/ Black Soft Top
10/30/03 Now Vermont Reg. 37059

10/30/03 Mikes Jeep Rubicon
5~~00~~530 PM New Vermont Reg V037059

10/30/03 ~~500~~ 5:30 PM. Said he or his friend resold the Glock M-27 on front to
a. Frank R. Jacques
PO Box 167
China, Me.
ME. Dr. Lic No: 6451792

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 11/27/2003 | 12/22/2003 |

TAIL OF ROAMING AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE = | COST |
|---|---|---|---|---|---|---|---|---|
| NOV 19 | 2:06P | 781-586-1232 | LYNN MA | P | 1:00 | .35 | .00 | .35 |
| NOV 19 | 2:42P | 781-844-0512 | ARLINGTON MA | P | 2:00 | .70 | .00 | .70 |
| NOV 19 | 2:52P | 978-531-0121 | PEABODY MA | P | 1:00 | .35 | .00 | .35 |
| NOV 19 | 2:52P | 978-531-0121 | PEABODY MA | P | 2:00 | .70 | .00 | .70 |
| NOV 19 | 2:54P | 207-432-1797 | SANFORD ME | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 19 | 4:19P | 207-432-1797 | SANFORD ME | P | 1:00 | .35 | .00 | .35 |
| NOV 19 | 4:22P | | INCOMING CL | P | 9:00 | 3.15 | .00 | 3.15 |
| NOV 19 | 5:26P | 978-927-8248 | BEVERLY MA | P | 8:00 | 2.80 | .00 | 2.80 |
| NOV 19 | 5:39P | 978-531-0121 | PEABODY MA | P | 1:00 | .35 | .00 | .35 |
| NOV 19 | 5:40P | 978-531-0121 | PEABODY MA | P | 4:00 | 1.40 | .00 | 1.40 |
| NOV 19 | 6:37P | 781-586-1232 | LYNN MA | P | 18:00 | 6.30 | .00 | 6.30 |
| NOV 20 | 3:40P | 207-432-1797 | SANFORD ME | P | 1:00 | .35 | .00 | .35 |
| NOV 20 | 6:24P | | INCOMING CL | P | 1:00 | .35 | .00 | .35 |
| NOV 24 | 6:07P | 800-788-5499 | TOLL FREE CL | P | 28:00 | 9.80 | .00 | 9.80 |
| NOV 24 | 6:52P | | INCOMING CL | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 24 | 7:42P | 207-432-1797 | SANFORD ME | P | 1:00 | .35 | .00 | .35 |
| NOV 24 | 7:43P | 866-974-0216 | TOLL FREE CL | P | 12:00 | 4.20 | .00 | 4.20 |
| ROAMING AREA : CONVERT TO HOME AT&T WIRELESS | | | | | | BAR HARBOR M | | |
| OCT 26 | 2:57P | 207-460-9905 | ELLSWRTCELME | O | 2:00 | included | .00 $ | .00 |
| OCT 26 | 4:11P | 207-460-9905 | ELLSWRTCELME | O | 3:00 | included | .00 | .00 |
| OCT 26 | 5:32P | 207-432-1797 | ROAMER CL | O | 1:00 | included | .00 | .00 |
| OCT 26 | 5:33P | 207-460-9905 | ELLSWRTCELME | O | 1:00 | included | .00 | .00 |
| OCT 26 | 5:41P | 207-432-1797 | ROAMER CL | O | 3:00 | included | .00 | .00 |
| OCT 26 | 8:11P | 207-584-3305 | AURORA ME | O | 2:00 | included | .00 | .00 |
| OCT 26 | 8:12P | 207-460-9905 | ELLSWRTCELME | O | 1:00 | included | .00 | .00 |
| OCT 26 | 8:33P | 207-432-1797 | ROAMER CL | O | 1:00 | included | .00 | .00 |
| T 26 | 9:13P | 207-460-9905 | ELLSWRTCELME | O | 2:00 | included | .00 | .00 |
| T 26 | 9:23P | 207-432-1797 | ROAMER CL | O | 3:00 | included | .00 | .00 |
| OCT 26 | 10:10P | 207-460-9905 | ELLSWRTCELME | O | 15:00 | included | .00 | .00 |
| OCT 26 | 10:42P | 207-638-2251 | BEDDINGTONME | O | 4:00 | included | .00 | .00 |
| OCT 26 | 10:56P | 207-460-9905 | ELLSWRTCELME | O | 8:00 | included | .00 | .00 |
| OCT 27 | 5:48A | 207-638-2251 | BEDDINGTONME | O | 1:00 | included | .00 | .00 |
| OCT 27 | 5:53A | 207-432-1797 | ROAMER CL | O | 5:00 | included | .00 | .00 |
| OCT 27 | 12:31P | 207-460-9905 | ELLSWRTCELME | P | 8:00 | included | .00 | .00 |
| OCT 27 | 12:52P | 207-664-3168 | ELLSWORTH ME | P | 2:00 | included | .00 | .00 |
| OCT 27 | 12:55P | 207-667-1217 | ELLSWORTH ME | P | 2:00 | included | .00 | .00 |
| OCT 27 | 1:02P | 207-432-1797 | ROAMER CL | P | 3:00 | included | .00 | .00 |
| OCT 27 | 1:05P | 207-432-1797 | ROAMER CL | P | 2:00 | included | .00 | .00 |
| OCT 27 | 1:16P | 207-432-1797 | ROAMER CL | P | 1:00 | included | .00 | .00 |
| OCT 27 | 1:17P | 207-432-1797 | ROAMER CL | P | 3:00 | included | .00 | .00 |
| OCT 27 | 1:59P | 207-432-1797 | ROAMER CL | P | 3:00 | included | .00 | .00 |
| OCT 27 | 2:13P | 207-432-1797 | ROAMER CL | P | 1:00 | included | .00 | .00 |
| OCT 27 | 2:15P | 207-432-1797 | ROAMER CL | P | 5:00 | included | .00 | .00 |
| OCT 27 | 2:22P | 207-827-1800 | OLD TOWN ME | P | 2:00 | included | .00 | .00 |
| OCT 27 | 5:01P | 207-667-1217 | ELLSWORTH ME | P | 2:00 | included | .00 | .00 |
| OCT 28 | 7:17P | 781-586-1232 | LYNN MA | P | 1:00 | included | .00 | .00 |
| OCT 28 | 7:32P | 207-460-9905 | ELLSWRTCELME | P | 2:00 | included | .00 | .00 |
| OCT 29 | 11:43P | 207-945-0088 | BANGOR ME | O | 2:00 | included | .00 | .00 |
| OCT 29 | 11:44P | 207-411-0000 | DIR ASST CL | O | 1:00 | included | .00 | .00 |
| OCT 30 | 12:14A | 207-266-1085 | ELLSWRTCELME | O | 3:00 | included | .00 | .00 |
| OCT 30 | 12:39A | 207-432-1797 | ROAMER CL | O | 1:00 | included | .00 | .00 |
| OCT 30 | 12:43A | 207-266-1085 | ELLSWRTCELME | O | 1:00 | included | .00 | .00 |
| OCT 30 | 12:58A | 207-432-1797 | ROAMER CL | O | 1:00 | included | .00 | .00 |
| OCT 30 | 12:59A | 207-266-1085 | ELLSWRTCELME | O | 1:00 | included | .00 | .00 |
| OCT 30 | 1:00A | 207-266-1085 | ELLSWRTCELME | O | 1:00 | included | .00 | .00 |
| OCT 30 | 1:30A | 781-632-0492 | LYNN MA | O | 1:00 | included | .00 | .00 |
| OCT 30 | 4:23P | 207-432-1797 | ROAMER CL | P | 3:00 | included | .00 | .00 |
| ROAMING AREA : CONVERT TO HOME VERIZON | | | | | | LEWISTON ME | | |
| OCT 25 | 6:04P | 207-777-5115 | LEWISTON ME | O | 3:00 | included | .00 $ | .00 |
| T 25 | 6:11P | 207-825-4717 | ORRINGTON ME | O | 1:00 | included | .00 | .00 |
| T 25 | 6:19P | 207-892-2127 | WINDHAM ME | O | 2:00 | included | .00 | .00 |
| OCT 25 | 6:45P | | INCOMING CL | O | 1:00 | included | .00 | .00 |
| OCT 25 | 9:03P | 207-777-5115 | LEWISTON ME | O | 5:00 | included | .00 | .00 |
| OCT 30 | 11:19P | 508-910-4212 | NEWBEDFORDMA | O | 1:00 | included | .00 | .00 |

ACCOUNT NUMBER 207-432-1797.0 | BILL DATE 10/27/2003 | PAYMENT DUE DATE 11/22/2003

:TAIL OF ROAMING AREA FOR 207-432-1797.0 MICHAEL W SMITH

ROAMING AREA : CONVERT TO HOME VERIZON — BOSTON MA

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE = | COST |
|---|---|---|---|---|---|---|---|---|
| SEP 24 | 5:41P | 978-741-3100 | SALEM MA | P | 13:00 | included | .00 $ | .00 |
| SEP 25 | 9:12A | 978-804-2425 | LOWELL MA | P | 1:00 | included | .00 | .00 |
| SEP 25 | 9:21A | 860-000-0000 | VOICE MAILCL | P | 3:00 | included | .00 | .00 |
| SEP 25 | 10:51A | | INCOMING CL | P | 3:00 | included | .00 | .00 |
| SEP 25 | 11:19A | 978-804-2425 | LOWELL MA | P | 6:00 | included | .00 | .00 |
| SEP 25 | 4:13P | | INCOMING CL | P | 8:00 | included | .00 | .00 |
| SEP 25 | 4:54P | 781-586-1232 | LYNN MA | P | 10:00 | included | .00 | .00 |
| SEP 25 | 5:04P | 617-970-9729 | EASTBOSTONMA | P | 1:00 | included | .00 | .00 |
| SEP 25 | 5:05P | 781-299-0113 | WALTHAM MA | P | 1:00 | included | .00 | .00 |
| SEP 25 | 6:00P | 978-804-2425 | LOWELL MA | P | 7:00 | included | .00 | .00 |
| SEP 25 | 6:06P | 978-741-3100 | SALEM MA | P | 9:00 | included | .00 | .00 |
| SEP 25 | 6:15P | 617-970-9729 | EASTBOSTONMA | P | 4:00 | included | .00 | .00 |
| SEP 25 | 6:20P | | INCOMING CL | P | 8:00 | included | .00 | .00 |
| SEP 25 | 9:06P | 800-788-5499 | TOLL FREE CL | O | 16:00 | included | .00 | .00 |
| SEP 25 | 10:16P | 617-970-9729 | EASTBOSTONMA | O | 2:00 | included | .00 | .00 |
| SEP 25 | 10:32P | | INCOMING CL | O | 1:00 | included | .00 | .00 |
| SEP 25 | 11:43P | 617-569-9935 | EASTBOSTONMA | O | 2:00 | included | .00 | .00 |
| SEP 25 | 11:45P | 617-569-9935 | EASTBOSTONMA | O | 1:00 | included | .00 | .00 |
| SEP 25 | 11:46P | 617-970-9729 | EASTBOSTONMA | O | 1:00 | included | .00 | .00 |
| SEP 26 | 12:25A | 617-569-9935 | EASTBOSTONMA | O | 2:00 | included | .00 | .00 |
| SEP 26 | 7:50A | | INCOMING CL | P | 2:00 | included | .00 | .00 |
| SEP 26 | 8:13A | 978-804-2425 | LOWELL MA | P | 1:00 | included | .00 | .00 |
| SEP 26 | 8:15A | 781-586-1232 | LYNN MA | P | 1:00 | included | .00 | .00 |
| SEP 26 | 8:16A | | INCOMING CL | P | 3:00 | included | .00 | .00 |
| SEP 26 | 8:29A | 860-000-0000 | VOICE MAILCL | P | 2:00 | included | .00 | .00 |
| SEP 26 | 8:31A | 781-299-0113 | WALTHAM MA | P | 1:00 | included | .00 | .00 |
| :P 26 | 9:50A | | INCOMING CL | P | 2:00 | included | .00 | .00 |
| ;P 26 | 10:23A | 617-569-9935 | EASTBOSTONMA | P | 1:00 | included | .00 | .00 |
| SEP 26 | 10:25A | 781-639-6444 | MARBLEHEADMA | P | 2:00 | included | .00 | .00 |
| SEP 26 | 11:07A | 781-586-1232 | LYNN MA | P | 1:00 | included | .00 | .00 |
| SEP 26 | 1:09P | 860-000-0000 | VOICE MAILCL | P | 4:00 | included | .00 | .00 |
| SEP 26 | 1:13P | 781-299-0113 | WALTHAM MA | P | 1:00 | included | .00 | .00 |
| SEP 26 | 1:45P | 866-405-4429 | TOLL FREE CL | P | 2:00 | included | .00 | .00 |
| SEP 26 | 2:45P | 978-741-3100 | SALEM MA | P | 3:00 | included | .00 | .00 |
| SEP 26 | 2:51P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | .00 |
| SEP 26 | 2:51P | 860-000-0000 | VOICE MAILCL | P | 2:00 | included | .00 | .00 |
| SEP 26 | 5:53P | 978-741-3100 | SALEM MA | P | 5:00 | included | .00 | .00 |
| SEP 26 | 6:13P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | .00 |
| SEP 26 | 6:13P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | .00 |
| SEP 26 | 7:17P | | INCOMING CL | P | 2:00 | included | .00 | .00 |
| SEP 26 | 7:34P | 978-741-3100 | SALEM MA | P | 3:00 | included | .00 | .00 |
| SEP 26 | 7:37P | 978-804-2425 | LOWELL MA | P | 2:00 | included | .00 | .00 |
| SEP 26 | 9:25P | 978-804-2425 | LOWELL MA | O | 2:00 | included | .00 | .00 |
| SEP 26 | 10:18P | 617-569-9935 | EASTBOSTONMA | O | 4:00 | included | .00 | .00 |
| SEP 29 | 2:38P | 978-804-2425 | LOWELL MA | P | 2:00 | included | .00 | .00 |
| SEP 29 | 4:37P | 207-756-2388 | PORTLAND ME | P | 2:00 | included | .00 | .00 |
| SEP 29 | 4:43P | 207-671-5010 | PORTLAND ME | P | 15:00 | included | .00 | .00 |
| SEP 29 | 5:00P | 207-667-8179 | ELLSWORTH ME | P | 2:00 | included | .00 | .00 |
| SEP 29 | 5:03P | 207-838-7912 | PORTLAND ME | P | 1:00 | included | .00 | .00 |
| SEP 29 | 5:07P | 207-465-9459 | OAKLAND ME | P | 2:00 | included | .00 | .00 |
| SEP 29 | 5:10P | 603-432-8516 | DERRY NH | P | 32:00 | included | .00 | .00 |
| SEP 29 | 6:08P | | INCOMING CL | P | 17:00 | included | .00 | .00 |
| SEP 29 | 7:39P | 603-432-8516 | DERRY NH | P | 3:00 | included | .00 | .00 |
| SEP 30 | 4:08P | | INCOMING CL | P | 4:00 | included | .00 | .00 |
| SEP 30 | 4:14P | | INCOMING CL | P | 3:00 | included | .00 | .00 |
| OCT 1 | 3:56P | 207-671-5010 | PORTLAND ME | P | 2:00 | included | .00 | .00 |
| OCT 1 | 3:57P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | .00 |
| OCT 1 | 7:23P | | INCOMING CL | P | 7:00 | included | .00 | .00 |
| OCT 1 | 8:07P | 207-671-5010 | PORTLAND ME | O | 1:00 | included | .00 | .00 |
| OCT 2 | 5:51P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | .00 |
| :T 2 | 5:53P | 207-671-5010 | PORTLAND ME | P | 2:00 | included | .00 | .00 |
| :T 2 | 7:04P | 207-671-5010 | PORTLAND ME | P | 1:00 | included | .00 | .00 |
| OCT 2 | 7:39P | 207-625-4343 | CORNISH ME | P | 13:00 | included | .00 | .00 |
| OCT 2 | 7:57P | 207-375-4892 | SABATTUS ME | P | 8:00 | included | .00 | .00 |
| OCT 2 | 8:06P | 207-465-9459 | OAKLAND ME | O | 20:00 | included | .00 | .00 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 10/27/2003 | 11/22/2003 |

INDEX

Long Distance = Toll and interconnect fees
Included = Minutes included in your service plan
Bonus = Minutes given to you
CF = Call Forwarded Call
P = Peak Minutes
O = Off Peak Minutes
W = Weekend Minutes (Midnight Friday - Midnight Sunday)

DETAIL OF HOME AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE = | COST |
|---|---|---|---|---|---|---|---|---|
| SEP 28 | 12:35A | 508-910-4212 | NEWBEDFORDMA | O | 62:00 | .00 | .00 $ | .00 |
| SEP 28 | 6:49P | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| SEP 28 | 7:22P | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| SEP 28 | 10:05P | 508-910-4212 | NEWBEDFORDMA | O | 162:00 | .00 | .00 | .00 |
| SEP 29 | 9:10A | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| SEP 29 | 10:03A | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| SEP 29 | 12:11P | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| SEP 29 | 12:28P | 781-586-1232 | LYNN MA | P | 10:00 | included | .00 | .00 |
| SEP 29 | 12:46P | 207-432-1797 | VOICE MAIL | P | 2:00 | included | .00 | .00 |
| SEP 29 | 12:53P | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| SEP 29 | 1:03P | 800-788-5499 | 800 SERV CL | P | 11:00 | included | .00 | .00 |
| SEP 29 | 1:17P | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| OCT 2 | 11:33P | | INCOMING | O CF | 2:00 | .00 | .00 | .00 |
| OCT 2 | 11:40P | 508-910-4212 | NEWBEDFORDMA | O | 8:00 | .00 | .00 | .00 |
| OCT 3 | 5:44P | 207-671-5010 | PORTLAND ME | P | 9:00 | included | .00 | .00 |
| OCT 3 | 5:53P | 207-465-9459 | OAKLAND ME | P | 10:00 | included | .00 | .00 |
| OCT 3 | 6:08P | 617-970-9729 | EASTBOSTONMA | P | 1:00 | included | .00 | .00 |
| OCT 3 | 6:26P | | INCOMING CL | P | 2:00 | included | .00 | .00 |
| OCT 3 | 6:41P | 207-671-5010 | PORTLAND ME | P | 2:00 | included | .00 | .00 |
| OCT 5 | 8:24A | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| OCT 5 | 2:33P | 978-804-2425 | LOWELL MA | O | 2:00 | .00 | .00 | .00 |
| OCT 5 | 11:16P | 508-910-4212 | NEWBEDFORDMA | O | 107:00 | .00 | .00 | .00 |
| OCT 6 | 9:22A | 207-432-1797 | VOICE MAIL | P | 1:00 | .35 | .00 | .35 |
| OCT 6 | 9:26A | 207-432-1797 | VOICE MAIL | P | 1:00 | .35 | .00 | .35 |
| OCT 6 | 9:27A | 978-804-2425 | LOWELL MA | P | 4:00 | 1.40 | .00 | 1.40 |
| OCT 6 | 12:03P | 781-598-4356 | LYNN MA | P | 2:00 | .70 | .00 | .70 |
| OCT 8 | 3:49P | 207-584-3305 | AURORA ME | P | 3:00 | 1.05 | .00 | 1.05 |
| OCT 8 | 7:01P | 207-465-9459 | OAKLAND ME | P | 2:00 | .70 | .00 | .70 |
| OCT 8 | 7:53P | 207-882-1221 | WISCASSET ME | P | 5:00 | 1.75 | .00 | 1.75 |
| OCT 8 | 8:34P | 207-465-9459 | OAKLAND ME | O | 5:00 | .00 | .00 | .00 |
| OCT 13 | 4:04P | 603-749-0029 | DOVER NH | P | 4:00 | 1.40 | .00 | 1.40 |
| OCT 17 | 4:22P | 802-828-2000 | MONTPELIERVT | P | 2:00 | .70 | .00 | .70 |
| OCT 17 | 4:23P | 802-655-0811 | BURLINGTONVT | P | 2:00 | .70 | .00 | .70 |
| OCT 17 | 4:31P | 207-432-1797 | ACD | P CF | 1:00 | .35 | .00 | .35 |
| OCT 19 | 9:38P | 207-460-9905 | ELLSWORTH ME | O | 2:00 | .00 | .00 | .00 |
| OCT 19 | 10:29P | 207-460-9905 | ELLSWORTH ME | O | 1:00 | .00 | .00 | .00 |
| OCT 21 | 7:21P | 781-586-1232 | LYNN MA | P | 4:00 | included | .00 | .00 |
| OCT 25 | 11:19A | 207-825-4717 | ORRINGTON ME | O | 1:00 | .00 | .00 | .00 |
| OCT 25 | 1:17P | 207-777-5115 | LEWISTON ME | O | 2:00 | .00 | .00 | .00 |
| OCT 25 | 1:18P | 207-923-3109 | E VASSALBOME | O | 1:00 | .00 | .00 | .00 |
| OCT 25 | 1:20P | 207-443-8758 | BATH ME | O | 1:00 | .00 | .00 | .00 |
| OCT 25 | 2:27P | 207-923-3109 | E VASSALBOME | O | 2:00 | .00 | .00 | .00 |
| OCT 25 | 3:09P | 207-345-3228 | MECHANCFLSME | O | 2:00 | .00 | .00 | .00 |
| OCT 25 | 3:17P | 207-737-2448 | RICHMOND ME | O | 3:00 | .00 | .00 | .00 |
| OCT 25 | 3:21P | | INCOMING | O | 9:00 | .00 | .00 | .00 |
| OCT 27 | 6:37P | 781-844-0512 | ARLINGTON MA | P | 5:00 | included | .00 | .00 |
| OCT 27 | 8:09P | | INCOMING | O CF | 7:00 | .00 | .00 | .00 |
| OCT 27 | 9:26P | 978-804-2425 | LOWELL MA | O | 1:00 | .00 | .00 | .00 |
| OCT 27 | 9:29P | 781-299-0113 | WALTHAM MA | O | 4:00 | .00 | .00 | .00 |
| TOTAL OF HOME AREA CALLS | | | | | 475:00 $ | 9.45 $ | .00 $ | 9.45 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 10/27/2003 | 11/22/2003 |

TAIL OF ROAMING AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| OCT 2 | 8:33P | 781-632-0492 | LYNN MA | O | 1:00 | included | .00 | | .00 |
| OCT 3 | 4:16P | | INCOMING CL | P | 16:00 | included | .00 | | .00 |
| OCT 3 | 9:23P | | INCOMING CL | O | 2:00 | .70 | .00 | | .70 |
| OCT 4 | 1:10P | 617-461-9415 | CHELSEA MA | O | 2:00 | .70 | .00 | | .70 |
| OCT 4 | 3:46P | 617-461-9415 | CHELSEA MA | O | 1:00 | .35 | .00 | | .35 |
| OCT 6 | 4:45P | 978-804-2425 | LOWELL MA | P | 1:00 | .35 | .00 | | .35 |
| OCT 7 | 12:39P | 860-000-0000 | VOICE MAILCL | P | 5:00 | 1.75 | .00 | | 1.75 |
| OCT 7 | 9:24P | 207-584-3305 | AURORA ME | O | 16:00 | 5.60 | .00 | | 5.60 |
| OCT 7 | 9:41P | 207-837-5320 | BRUNSWICK ME | O | 1:00 | .35 | .00 | | .35 |
| OCT 7 | 9:42P | | INCOMING CL | O | 17:00 | 5.95 | .00 | | 5.95 |
| OCT 7 | 10:05P | 207-465-9459 | OAKLAND ME | O | 27:00 | 9.45 | .00 | | 9.45 |
| OCT 8 | 12:01P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 1:49P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 1:59P | | INCOMING CL | P | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 9 | 3:06P | | INCOMING CL | P | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 9 | 4:22P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 5:55P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 7:43P | | INCOMING CL | P | 1:00 | .35 | .00 | | .35 |
| OCT 9 | 8:04P | | INCOMING CL | O | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 8:32P | | INCOMING CL | O | 2:00 | .70 | .00 | | .70 |
| OCT 9 | 9:00P | | INCOMING CL | O | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 9 | 9:14P | 978-804-2425 | LOWELL MA | O | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 11 | 7:24P | | INCOMING CL | O | 2:00 | .70 | .00 | | .70 |
| OCT 11 | 9:51P | 978-804-2425 | LOWELL MA | O | 2:00 | .70 | .00 | | .70 |
| OCT 11 | 10:23P | 978-804-2425 | LOWELL MA | O | 2:00 | .70 | .00 | | .70 |
| OCT 11 | 10:27P | 978-804-2425 | LOWELL MA | O | 1:00 | .35 | .00 | | .35 |
| OCT 11 | 10:28P | 978-804-2425 | LOWELL MA | O | 1:00 | .35 | .00 | | .35 |
| OCT 11 | 10:40P | 978-804-2425 | LOWELL MA | O | 2:00 | .70 | .00 | | .70 |
| OCT 11 | 10:56P | 978-804-2425 | LOWELL MA | O | 1:00 | .35 | .00 | | .35 |
| OCT 11 | 11:01P | 978-804-2425 | LOWELL MA | O | 2:00 | .70 | .00 | | .70 |
| OCT 12 | 7:39P | 860-000-0000 | VOICE MAILCL | O | 5:00 | 1.75 | .00 | | 1.75 |
| OCT 12 | 7:44P | 978-804-2425 | LOWELL MA | O | 1:00 | .35 | .00 | | .35 |
| OCT 13 | 3:05P | 978-741-3100 | SALEM MA | P | 7:00 | 2.45 | .00 | | 2.45 |
| OCT 13 | 4:15P | | INCOMING CL | P | 1:00 | .35 | .00 | | .35 |
| OCT 13 | 4:17P | | INCOMING CL | P | 2:00 | .70 | .00 | | .70 |
| OCT 14 | 4:04P | 860-000-0000 | VOICE MAILCL | P | 5:00 | 1.75 | .00 | | 1.75 |
| OCT 14 | 8:35P | 860-000-0000 | VOICE MAILCL | O | 2:00 | .70 | .00 | | .70 |
| OCT 18 | 8:31P | 860-000-0000 | VOICE MAILCL | O | 4:00 | 1.40 | .00 | | 1.40 |
| OCT 18 | 8:35P | 207-584-3305 | AURORA ME | O | 7:00 | 2.45 | .00 | | 2.45 |
| OCT 18 | 9:13P | 207-837-5320 | BRUNSWICK ME | O | 1:00 | .35 | .00 | | .35 |
| OCT 18 | 9:22P | 207-883-6907 | SCARBOROGHME | O | 1:00 | .35 | .00 | | .35 |
| OCT 18 | 9:24P | 207-666-8463 | BOWDOINHAMME | O | 2:00 | .70 | .00 | | .70 |
| OCT 18 | 9:26P | 207-783-8586 | LEWISTON ME | O | 2:00 | .70 | .00 | | .70 |
| OCT 18 | 9:28P | 207-212-8634 | LEWISTON ME | O | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 19 | 2:03P | | INCOMING CL | O | 5:00 | 1.75 | .00 | | 1.75 |
| OCT 19 | 3:30P | 860-000-0000 | VOICE MAILCL | O | 1:00 | .35 | .00 | | .35 |
| OCT 19 | 3:32P | 207-837-5320 | BRUNSWICK ME | O | 1:00 | .35 | .00 | | .35 |
| OCT 19 | 3:33P | | INCOMING CL | O | 8:00 | 2.80 | .00 | | 2.80 |
| OCT 23 | 5:08P | 860-000-0000 | VOICE MAILCL | P | 1:00 | included | .00 | | .00 |
| OCT 23 | 5:56P | 860-000-0000 | VOICE MAILCL | P | 4:00 | included | .00 | | .00 |
| OCT 23 | 8:26P | 978-804-2425 | LOWELL MA | O | 10:00 | included | .00 | | .00 |
| OCT 24 | 4:32P | 207-584-3305 | AURORA ME | P | 1:00 | included | .00 | | .00 |
| OCT 24 | 4:33P | 207-837-5320 | BRUNSWICK ME | P | 1:00 | included | .00 | | .00 |
| OCT 24 | 4:44P | 207-443-8758 | BATH ME | P | 1:00 | included | .00 | | .00 |
| OCT 24 | 4:50P | 207-783-2658 | LEWISTON ME | P | 6:00 | included | .00 | | .00 |
| OCT 24 | 4:57P | 207-345-3228 | MECHANCFLSME | P | 14:00 | included | .00 | | .00 |
| OCT 24 | 5:48P | 207-460-9905 | ELLSWORTH ME | P | 5:00 | included | .00 | | .00 |
| OCT 24 | 7:34P | | INCOMING CL | P | 1:00 | included | .00 | | .00 |
| OCT 24 | 7:59P | 207-345-3228 | MECHANCFLSME | P | 2:00 | included | .00 | | .00 |
| OCT 24 | 8:01P | 207-443-8758 | BATH ME | O | 1:00 | included | .00 | | .00 |

ROAMING AREA : CONVERT TO HOME VERIZON MANCHESTER N

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| SEP 29 | 8:44P | 860-000-0000 | VOICE MAILCL | O | 1:00 | included | .00 | $ | .00 |

ROAMING AREA : CONVERT TO HOME AT&T WIRELESS BAR HARBOR M

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| OCT 8 | 4:46P | 207-837-5320 | BRUNSWICK ME | P | 6:00 | 2.10 | .00 | $ | 2.10 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 10/27/2003 | 11/22/2003 |

'TAIL OF ROAMING AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| ROAMING AREA : CONVERT TO HOME VERIZON | | | | | | LEWISTON ME | | | |
| OCT 2 | 11:25P | 207-465-9459 | OAKLAND ME | O | 2:00 | included | .00 | $ | .00 |
| OCT 2 | 11:29P | 207-465-9459 | OAKLAND ME | O | 5:00 | included | .00 | | .00 |
| OCT 3 | 6:59P | 207-460-9905 | ELLSWORTH ME | P | 1:00 | included | .00 | | .00 |
| OCT 3 | 7:23P | 207-837-5320 | BRUNSWICK ME | P | 1:00 | included | .00 | | .00 |
| OCT 3 | 7:42P | 207-832-7957 | WALDOBORO ME | P | 1:00 | .35 | .00 | | .35 |
| OCT 3 | 7:45P | 207-667-8179 | ELLSWORTH ME | P | 2:00 | .70 | .00 | | .70 |
| OCT 8 | 1:52P | | INCOMING CL | P | 6:00 | 2.10 | .00 | | 2.10 |
| OCT 19 | 5:26P | 207-212-8634 | LEWISTON ME | O | 4:00 | 1.40 | .00 | | 1.40 |
| OCT 19 | 5:51P | 207-666-8463 | BOWDOINHAMME | O | 4:00 | 1.40 | .00 | | 1.40 |
| OCT 19 | 6:19P | 207-777-5115 | LEWISTON ME | O | 7:00 | 2.45 | .00 | | 2.45 |
| OCT 19 | 6:27P | | INCOMING CL | O | 2:00 | .70 | .00 | | .70 |
| OCT 19 | 7:07P | 207-666-8463 | BOWDOINHAMME | O | 2:00 | .70 | .00 | | .70 |
| OCT 19 | 7:28P | 207-837-5320 | BRUNSWICK ME | O | 10:00 | 3.50 | .00 | | 3.50 |
| OCT 19 | 8:21P | 207-460-9905 | ELLSWORTH ME | O | 3:00 | 1.05 | .00 | | 1.05 |
| OCT 19 | 8:25P | 860-000-0000 | VOICE MAILCL | O | 1:00 | .35 | .00 | | .35 |
| OCT 25 | 5:15P | 860-000-0000 | VOICE MAILCL | O | 1:00 | included | .00 | | .00 |
| OCT 25 | 5:16P | 860-000-0000 | VOICE MAILCL | O | 5:00 | included | .00 | | .00 |
| OCT 25 | 5:31P | 207-737-2448 | RICHMOND ME | O | 1:00 | included | .00 | | .00 |
| ROAMING AREA : CINGULAR | | | | HARTFORD CT | | | | | |
| OCT 10 | 12:25A | | INCOMING CL | O | 1:00 | .50 | .00 | $ | .50 |
| OCT 10 | 12:48A | 508-962-8398 | FRAMINGHAMMA | O | 4:00 | 2.00 | .00 | | 2.00 |
| TOTAL OF ROAMING AREA CALLS | | | | | 589:00 $ | 78.10 $ | .00 | $ | 78.10 |
| ᑐTAL OF ALL AREA CALLS | | | | | 1064:00 $ | 87.55 $ | .00 | $ | 87.55 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 11/27/2003 | 12/22/2003 |

'TAIL OF ROAMING AREA FOR 207-432-1797.0 MICHAEL W SMITH

ROAMING AREA : CONVERT TO HOME VERIZON BOSTON MA

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| OCT 29 | 10:09A | 860-000-0000 | VOICE MAILCL | P | 13:00 | included | .00 | $ | .00 |
| OCT 29 | 10:29A | 781-586-1232 | LYNN MA | P | 2:00 | included | .00 | | .00 |
| OCT 29 | 1:38P | 207-584-3431 | AURORA ME | P | 3:00 | included | .00 | | .00 |
| OCT 29 | 2:04P | 508-910-4212 | NEWBEDFORDMA | P | 1:00 | included | .00 | | .00 |
| OCT 29 | 2:07P | 508-910-4212 | NEWBEDFORDMA | P | 1:00 | included | .00 | | .00 |
| OCT 29 | 2:21P | 978-804-2425 | LOWELL MA | P | 1:00 | included | .00 | | .00 |
| OCT 29 | 2:22P | 978-741-3100 | SALEM MA | P | 22:00 | included | .00 | | .00 |
| OCT 29 | 6:02P | 860-000-0000 | VOICE MAILCL | P | 6:00 | included | .00 | | .00 |
| OCT 29 | 6:09P | 207-460-9905 | ELLSWORTH ME | P | 10:00 | included | .00 | | .00 |
| OCT 31 | 10:59P | | INCOMING CL | O | 2:00 | included | .00 | | .00 |
| OCT 31 | 11:30P | 860-000-0000 | VOICE MAILCL | O | 10:00 | included | .00 | | .00 |
| NOV 1 | 1:13P | 860-000-0000 | VOICE MAILCL | O | 1:00 | included | .00 | | .00 |
| NOV 1 | 1:21P | | INCOMING CL | O | 5:00 | included | .00 | | .00 |
| NOV 3 | 6:46P | 207-432-1797 | SANFORD ME | P | 3:00 | included | .00 | | .00 |
| NOV 3 | 7:13P | 978-804-2425 | LOWELL MA | P | 6:00 | included | .00 | | .00 |
| NOV 3 | 9:18P | 617-569-9935 | EASTBOSTONMA | O | 1:00 | included | .00 | | .00 |
| NOV 3 | 9:21P | 617-970-9729 | EASTBOSTONMA | O | 2:00 | included | .00 | | .00 |
| NOV 3 | 9:36P | 207-649-8236 | WATERVILLEME | O | 2:00 | included | .00 | | .00 |
| NOV 3 | 9:39P | 207-443-8758 | BATH ME | O | 1:00 | included | .00 | | .00 |
| NOV 3 | 9:41P | 207-432-1797 | SANFORD ME | O | 4:00 | included | .00 | | .00 |
| NOV 3 | 9:50P | 207-345-3228 | MECHANCFLSME | O | 1:00 | included | .00 | | .00 |
| NOV 3 | 9:55P | 207-883-6907 | SCARBOROGHME | O | 5:00 | included | .00 | | .00 |
| NOV 4 | 4:15P | 913-851-6500 | STANLEY KS | P | 2:00 | included | .50 | | .50 |
| NOV 4 | 7:48P | 207-636-1180 | NO SANFORDME | P | 2:00 | included | .00 | | .00 |
| NOV 4 | 7:50P | 207-636-1180 | NO SANFORDME | P | 1:00 | included | .00 | | .00 |
| NOV 4 | 7:51P | 411-000-0000 | DIR ASST CL | P | 2:00 | included | 1.25 | | 1.25 |
| )V 4 | 7:52P | 508-528-8700 | FRANKLIN MA | P | 2:00 | included | .00 | | .00 |
| )V 4 | 8:22P | 617-970-9729 | EASTBOSTONMA | O | 1:00 | included | .00 | | .00 |
| .,OV 4 | 8:23P | | INCOMING CL | O | 3:00 | included | .00 | | .00 |
| NOV 5 | 2:49P | 207-432-1797 | SANFORD ME | P | 6:00 | included | .00 | | .00 |
| NOV 5 | 3:20P | 877-319-1465 | TOLL FREE CL | P | 2:00 | included | .00 | | .00 |
| NOV 5 | 3:22P | 877-319-1465 | TOLL FREE CL | P | 1:00 | included | .00 | | .00 |
| NOV 5 | 3:26P | 877-319-1465 | TOLL FREE CL | P | 36:00 | included | .00 | | .00 |
| NOV 5 | 6:31P | 207-432-1797 | SANFORD ME | P | 2:00 | included | .00 | | .00 |
| NOV 5 | 6:47P | 207-432-1797 | SANFORD ME | P | 1:00 | included | .00 | | .00 |
| NOV 5 | 6:48P | 411-000-0000 | DIR ASST CL | P | 3:00 | included | 1.25 | | 1.25 |
| NOV 5 | 6:51P | 207-866-2121 | ORONO ME | O | 2:00 | .00 | .00 | | .00 |
| NOV 5 | 6:52P | 207-432-1797 | SANFORD ME | P | 3:00 | included | .00 | | .00 |
| NOV 5 | 6:56P | 207-866-2121 | ORONO ME | O | 16:00 | .00 | .00 | | .00 |
| NOV 5 | 7:16P | 207-432-1797 | SANFORD ME | P | 2:00 | included | .00 | | .00 |
| NOV 5 | 7:25P | 207-866-2121 | ORONO ME | O | 7:00 | .00 | .00 | | .00 |
| NOV 5 | 8:24P | 207-883-6907 | SCARBOROGHME | O | 2:00 | included | .00 | | .00 |
| NOV 5 | 8:47P | 207-649-8236 | WATERVILLEME | O | 20:00 | included | .00 | | .00 |
| NOV 6 | 8:51P | 617-970-9729 | EASTBOSTONMA | O | 3:00 | included | .00 | | .00 |
| NOV 6 | 8:53P | 207-432-1797 | SANFORD ME | O | 1:00 | included | .00 | | .00 |
| NOV 7 | 9:24P | 617-970-9729 | EASTBOSTONMA | O | 2:00 | included | .00 | | .00 |
| NOV 7 | 9:32P | | INCOMING CL | O | 1:00 | included | .00 | | .00 |
| NOV 7 | 10:06P | 617-970-9729 | EASTBOSTONMA | O | 1:00 | included | .00 | | .00 |
| NOV 10 | 6:56P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | | .70 |
| NOV 10 | 7:23P | 207-432-1797 | SANFORD ME | P | 1:00 | .35 | .00 | | .35 |
| NOV 13 | 1:28P | | INCOMING CL | P | 2:00 | .70 | .00 | | .70 |
| NOV 14 | 11:33A | 207-432-1797 | SANFORD ME | P | 2:00 | .70 | .00 | | .70 |
| NOV 14 | 3:01P | 207-432-1797 | SANFORD ME | P | 1:00 | .35 | .00 | | .35 |
| NOV 17 | 6:42P | 978-804-2425 | LOWELL MA | P | 1:00 | .35 | .00 | | .35 |
| NOV 17 | 9:00P | 617-970-9729 | EASTBOSTONMA | O | 8:00 | 2.80 | .00 | | 2.80 |
| NOV 18 | 2:05P | 781-844-0512 | ARLINGTON MA | P | 1:00 | .35 | .00 | | .35 |
| NOV 18 | 3:23P | | INCOMING CL | P | 2:00 | .70 | .00 | | .70 |
| NOV 18 | 6:24P | 781-299-0113 | WALTHAM MA | P | 2:00 | .70 | .00 | | .70 |
| NOV 18 | 6:27P | 978-531-0121 | PEABODY MA | P | 1:00 | .35 | .00 | | .35 |
| NOV 18 | 7:17P | 207-432-1797 | SANFORD ME | P | 2:00 | .70 | .00 | | .70 |
| )V 18 | 7:19P | 207-929-0902 | BAR MILLS ME | P | 4:00 | 1.40 | .00 | | 1.40 |
| )V 18 | 7:23P | 207-929-0902 | BAR MILLS ME | P | 4:00 | 1.40 | .00 | | 1.40 |
| .,OV 18 | 8:18P | 978-927-8248 | BEVERLY MA | O | 84:00 | 29.40 | .00 | | 29.40 |
| NOV 19 | 9:50A | 781-299-0113 | WALTHAM MA | P | 1:00 | .35 | .00 | | .35 |
| NOV 19 | 1:57P | 781-299-0113 | WALTHAM MA | P | 2:00 | .70 | .00 | | .70 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 11/27/2003 | 12/22/2003 |

NDEX

Long Distance = Toll and interconnect fees
Included = Minutes included in your service plan
Bonus = Minutes given to you
CF = Call Forwarded Call
P = Peak Minutes
O = Off Peak Minutes
W = Weekend Minutes (Midnight Friday - Midnight Sunday)

DETAIL OF HOME AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = | COST |
|---|---|---|---|---|---|---|---|---|---|
| OCT 28 | 11:50A | 207-432-1797 | ACD | P CF | 8:00 | included | .00 | $ | .00 |
| OCT 28 | 12:21P | 978-741-3100 | SALEM MA | P | 19:00 | included | .00 | | .00 |
| OCT 28 | 3:03P | 207-555-1212 | DIR ASST CL | P | 15:00 | 3.50 | 1.25 | | 4.75 |
| OCT 28 | 4:20P | 207-945-9429 | BANGOR ME | P | 2:00 | included | .00 | | .00 |
| OCT 28 | 4:24P | 978-804-2425 | LOWELL MA | P | 16:00 | included | .00 | | .00 |
| OCT 28 | 4:57P | 508-999-5100 | NEWBEDFORDMA | P | 1:00 | included | .00 | | .00 |
| OCT 28 | 4:58P | 508-999-5001 | NEWBEDFORDMA | P | 1:00 | included | .00 | | .00 |
| OCT 28 | 4:58P | 508-910-5001 | NEWBEDFORDMA | P | 6:00 | included | .00 | | .00 |
| OCT 28 | 5:20P | 207-432-1797 | ACD | P CF | 18:00 | included | .00 | | .00 |
| OCT 28 | 8:11P | 207-432-1797 | ACD | O CF | 14:00 | .00 | .00 | | .00 |
| OCT 28 | 8:40P | 508-910-4212 | NEWBEDFORDMA | O | 1:00 | .00 | .00 | | .00 |
| OCT 28 | 8:41P | 207-432-1797 | ACD | O CF | 4:00 | .00 | .00 | | .00 |
| OCT 29 | 7:11P | | INCOMING CL | P | 3:00 | included | .00 | | .00 |
| OCT 29 | 8:49P | 207-460-9905 | ELLSWORTH ME | O | 2:00 | .00 | .00 | | .00 |
| OCT 29 | 8:51P | 207-460-9905 | ELLSWORTH ME | O | 2:00 | .00 | .00 | | .00 |
| OCT 30 | 11:57A | 207-460-9905 | ELLSWORTH ME | P | 11:00 | included | .00 | | .00 |
| CT 30 | 1:58P | 207-584-3431 | AURORA ME | P | 2:00 | included | .00 | | .00 |
| CT 30 | 2:12P | 781-586-1232 | LYNN MA | P | 20:00 | included | .00 | | .00 |
| CT 30 | 2:42P | 781-299-0113 | WALTHAM MA | P | 1:00 | included | .00 | | .00 |
| OCT 30 | 2:43P | 411 | DIR ASST CL | P | 4:00 | .75 | 1.25 | | 2.00 |
| OCT 30 | 2:48P | 411 | DIR ASST CL | P | 3:00 | .50 | 1.25 | | 1.75 |
| OCT 30 | 2:51P | 781-632-0492 | LYNN MA | P | 9:00 | included | .00 | | .00 |
| OCT 30 | 2:59P | 207-460-9905 | ELLSWORTH ME | P | 1:00 | included | .00 | | .00 |
| OCT 30 | 6:22P | 411 | DIR ASST CL | P | 9:00 | 2.00 | 1.25 | | 3.25 |
| OCT 30 | 7:07P | 411 | DIR ASST CL | P | 25:00 | 6.00 | 1.25 | | 7.25 |
| OCT 30 | 9:24P | 207-883-6907 | SCARBOROGHME | O | 1:00 | .00 | .00 | | .00 |
| OCT 30 | 9:25P | 207-443-8758 | BATH ME | O | 1:00 | .00 | .00 | | .00 |
| OCT 30 | 9:33P | 207-353-6568 | LISBON FLSME | O | 1:00 | .00 | .00 | | .00 |
| OCT 30 | 9:35P | 207-384-4893 | SO BERWICKME | O | 2:00 | .00 | .00 | | .00 |
| OCT 30 | 9:40P | 207-649-8236 | WATERVILLEME | O | 2:00 | .00 | .00 | | .00 |
| OCT 30 | 9:46P | 781-299-0113 | WALTHAM MA | O | 1:00 | .00 | .00 | | .00 |
| OCT 30 | 9:54P | 617-970-9729 | EASTBOSTONMA | O | 7:00 | .00 | .00 | | .00 |
| NOV 1 | 10:00P | | INCOMING CL | O | 4:00 | .00 | .00 | | .00 |
| NOV 2 | 12:19P | 978-804-2425 | LOWELL MA | O | 4:00 | .00 | .00 | | .00 |
| NOV 3 | 5:07P | 207-490-2280 | STAR SANFORD | O | 1:00 | .00 | .00 | | .00 |
| NOV 3 | 5:08P | | INCOMING CL | P | 1:00 | included | .00 | | .00 |
| NOV 3 | 5:31P | 978-804-2425 | LOWELL MA | P | 1:00 | included | .00 | | .00 |
| NOV 3 | 5:45P | | INCOMING CL | P | 9:00 | included | .00 | | .00 |
| NOV 5 | 11:38P | 207-649-8236 | WATERVILLEME | O | 1:00 | .00 | .00 | | .00 |
| NOV 6 | 12:06A | 207-649-8236 | WATERVILLEME | O | 7:00 | .00 | .00 | | .00 |
| NOV 6 | 9:51A | 207-636-1180 | NO SANFORDME | P | 3:00 | included | .00 | | .00 |
| NOV 6 | 9:54A | 207-636-1180 | NO SANFORDME | P | 2:00 | included | .00 | | .00 |
| NOV 6 | 9:55A | 207-636-1180 | NO SANFORDME | P | 2:00 | included | .00 | | .00 |
| NOV 6 | 9:59A | 207-636-1180 | NO SANFORDME | P | 2:00 | included | .00 | | .00 |
| NOV 6 | 10:48A | | INCOMING CL | P | 1:00 | included | .00 | | .00 |
| NOV 6 | 10:49A | | INCOMING CL | P | 1:00 | included | .00 | | .00 |
| NOV 6 | 11:07A | 207-636-1180 | NO SANFORDME | P | 2:00 | included | .00 | | .00 |
| NOV 6 | 11:09A | 207-432-1797 | MOBILE CL | P | 1:00 | included | .00 | | .00 |
| NOV 6 | 11:10A | | INCOMING CL | P | 1:00 | included | .00 | | .00 |
| NOV 6 | 11:12A | 207-636-1180 | NO SANFORDME | P | 4:00 | included | .00 | | .00 |
| OV 8 | 5:38P | | INCOMING CL | O | 3:00 | .00 | .00 | | .00 |
| V 8 | 6:23P | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | | .00 |
| V 8 | 6:45P | 617-970-9729 | EASTBOSTONMA | O | 2:00 | .00 | .00 | | .00 |
| NOV 8 | 6:47P | 207-432-1797 | MOBILE CL | O | 1:00 | .00 | .00 | | .00 |
| NOV 9 | 12:32A | | INCOMING CL | O | 6:00 | .00 | .00 | | .00 |

| ACCOUNT NUMBER | BILL DATE | PAYMENT DUE DATE |
|---|---|---|
| 207-432-1797.0 | 11/27/2003 | 12/22/2003 |

TAIL OF HOME AREA FOR 207-432-1797.0 MICHAEL W SMITH

| DATE | TIME | CALLED TO NUMBER | LOCATION | PERIOD | MIN:SEC | AIRTIME + | LONG DISTANCE | = COST |
|---|---|---|---|---|---|---|---|---|
| NOV 9 | 12:59A | 508-910-5815 | NEWBEDFORDMA | O | 36:00 | .00 | .00 | .00 |
| NOV 9 | 8:12A | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 9:16A | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 12:00P | 207-432-1797 | VOICE MAIL | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 12:09P | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 12:11P | 207-432-1797 | MOBILE CL | O | 4:00 | .00 | .00 | .00 |
| NOV 9 | 12:15P | 207-460-9905 | ELLSWORTH ME | O | 23:00 | .00 | .00 | .00 |
| NOV 9 | 4:40P | 207-727-4831 | WESTBUXTONME | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 4:44P | 207-892-9058 | WINDHAM ME | O | 3:00 | .00 | .00 | .00 |
| NOV 9 | 4:50P | 800-244-5536 | 800 SERV CL | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 5:04P | 207-929-8488 | BAR MILLS ME | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 5:05P | 207-856-2625 | WESTBROOK ME | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 5:09P | 207-642-3929 | STANDISH ME | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 5:10P | 207-929-3285 | BAR MILLS ME | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 5:13P | 207-727-5005 | WESTBUXTONME | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 5:15P | 207-247-4299 | WATERBORO ME | O | 12:00 | .00 | .00 | .00 |
| NOV 9 | 5:30P | 207-432-1797 | VOICE MAIL | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 5:31P | 207-432-1797 | MOBILE CL | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 5:33P | 207-247-4299 | WATERBORO ME | O | 4:00 | .00 | .00 | .00 |
| NOV 9 | 5:59P | 207-247-8440 | WATERBORO ME | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 6:38P | 207-247-8440 | WATERBORO ME | O | 1:00 | .00 | .00 | .00 |
| NOV 9 | 7:07P | | INCOMING CL | O | 15:00 | .00 | .00 | .00 |
| NOV 9 | 9:26P | | INCOMING CL | O | 5:00 | .00 | .00 | .00 |
| NOV 9 | 11:09P | | INCOMING CL | O | 2:00 | .00 | .00 | .00 |
| NOV 9 | 11:33P | 508-910-5815 | NEWBEDFORDMA | O | 42:00 | .00 | .00 | .00 |
| NOV 10 | 8:40A | | INCOMING CL | P | 5:00 | included | .00 | .00 |
| NOV 10 | 9:05A | | INCOMING CL | P | 3:00 | included | .00 | .00 |
| OV 10 | 9:10A | | INCOMING CL | P | 15:00 | included | .00 | .00 |
| V 10 | 9:42A | 207-432-1797 | VOICE MAIL | P | 1:00 | included | .00 | .00 |
| OV 10 | 9:43A | 978-804-2425 | LOWELL MA | P | 3:00 | included | .00 | .00 |
| NOV 10 | 10:52A | | INCOMING CL | P | 3:00 | .70 | .00 | .70 |
| NOV 10 | 11:11A | | INCOMING CL | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 10 | 12:14P | 978-804-2425 | LOWELL MA | P | 1:00 | .35 | .00 | .35 |
| NOV 10 | 12:15P | 978-804-2425 | LOWELL MA | P | 1:00 | .35 | .00 | .35 |
| NOV 10 | 12:18P | | INCOMING CL | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 10 | 12:21P | 207-929-0902 | MOBILE CL | P | 2:00 | .70 | .00 | .70 |
| NOV 10 | 12:25P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | .70 |
| NOV 10 | 12:31P | 207-929-0902 | MOBILE CL | P | 7:00 | 2.45 | .00 | 2.45 |
| NOV 10 | 12:41P | 978-804-2425 | LOWELL MA | P | 2:00 | .70 | .00 | .70 |
| NOV 10 | 12:51P | 800-244-5536 | 800 SERV CL | P | 10:00 | 3.50 | .00 | 3.50 |
| NOV 10 | 1:03P | 207-883-9515 | SCARBOROGHME | P | 6:00 | 2.10 | .00 | 2.10 |
| NOV 10 | 1:10P | 800-843-4800 | 800 SERV CL | P | 10:00 | 3.50 | .00 | 3.50 |
| NOV 10 | 2:34P | | INCOMING CL | P | 1:00 | .35 | .00 | .35 |
| NOV 10 | 2:38P | | INCOMING CL | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 12 | 4:47P | 207-432-1797 | MOBILE CL | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 13 | 9:54A | 207-929-0902 | MOBILE CL | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 9:55A | 207-929-0902 | MOBILE CL | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 9:57A | 978-771-4052 | LAWRENCE MA | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 9:57A | 978-741-3100 | SALEM MA | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 13 | 10:03A | 978-741-3100 | SALEM MA | P | 2:00 | .70 | .00 | .70 |
| NOV 13 | 10:05A | 978-430-8147 | BILLERICA MA | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 10:07A | 978-741-3100 | SALEM MA | P | 2:00 | .70 | .00 | .70 |
| NOV 13 | 10:09A | 411 | DIR ASST CL | P | 1:00 | .00 | 1.25 | 1.25 |
| NOV 13 | 10:11A | 978-430-8141 | BILLERICA MA | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 10:13A | 978-741-3100 | SALEM MA | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 13 | 10:20A | 978-741-3100 | SALEM MA | P | 4:00 | 1.40 | .00 | 1.40 |
| NOV 13 | 10:29A | 978-741-3100 | SALEM MA | P | 4:00 | 1.40 | .00 | 1.40 |
| NOV 13 | 10:34A | 978-741-3100 | SALEM MA | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 10:39A | 978-804-5880 | LOWELL MA | P | 3:00 | 1.05 | .00 | 1.05 |
| NOV 13 | 10:43A | 978-741-3100 | SALEM MA | P | 2:00 | .70 | .00 | .70 |
| NOV 13 | 10:44A | 978-804-5880 | LOWELL MA | P | 2:00 | .70 | .00 | .70 |
| OV 13 | 10:54A | 978-771-4052 | LAWRENCE MA | P | 3:00 | 1.05 | .00 | 1.05 |
| V 13 | 10:57A | 978-741-3100 | SALEM MA | P | 3:00 | 1.05 | .00 | 1.05 |
| OV 13 | 1:48P | 207-929-0902 | MOBILE CL | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 1:49P | 207-432-1797 | MOBILE CL | P | 1:00 | .35 | .00 | .35 |
| NOV 13 | 1:51P | 978-804-2425 | LOWELL MA | P | 1:00 | .35 | .00 | .35 |