DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>Report 010 |

| TITLE OF INVESTIGATION: |
|---|
| FOWLER, Michael |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762020-03-0058 | |

FILED IN CLERKS OFFICE
2006 MAR 16 P 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

TYPE OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Michael E. Oppenheim | Special Agent, Boston II Field Office | 12/11/2003 |
| REVIEWED BY *(Name)* | REVIEWED BY *(Title and Office)* | REVIEWED BY *(Date)* |
| Thomas E. D'Ambrosio | Group Supervisor, Boston II Field Office | |
| APPROVED BY *(Name)* | APPROVED BY *(Title and Office)* | APPROVED BY *(Date)* |
| William J. Hoover | Special Agent in Charge, Boston Field Division | |

**DESCRIPTION OF ACTIVITY:**

Evidence of firearms trafficking by Michael FOWLER recovered by the Maine State Police

**SYNOPSIS:**

On December 10, 2003, S/A Michael Oppenheim obtained a Maine State Police Report which documents evidence of firearms trafficking by FOWLER and the recovery of one firearm from FOWLER's vehicle.

**NARRATIVE:**

1. On December 10, 2003, S/A Michael Oppenheim contacted S/A Brent McSwyne, and from him and members of the Maine State Police, S/A Oppenheim obtained a Maine State Police Report which documents evidence of firearms trafficking by FOWLER and the recovery of one firearm from FOWLER's vehicle.

2. The report, which is attached, describes how FOWLER's Jeep had become stuck off road and thereby attracted the attention of law enforcement on October 27, 2003. A search of the vehicle lead to the recovery of one firearm, a quantity of ammunition, and records of apparent or future firearms purchases by FOWLER. Further investigation by the Maine State Police revealed that on October 8, 2003, FOWLER had purchased a different firearm in a private sale in Maine.

**201**

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

Page 2 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-04<br>Report 010 |

| TITLE OF INVESTIGATION: |
|---|
| FOWLER, Michael |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762020-03-0058 | 10 |

3. FOWLER subsequently recovered his Jeep, but has avoided law enforcement officials since the incident. Please see attached report and incorporated attachments.

ATTACHMENT:

- Maine State Police Incident Report and attachments, Incident # SPJ2003-041020

202

ATF EF 3120.2 (5-98)