FILED
IN CLERKS OFFICE

2006 MAR 16 P 12:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

Date: 10/7/2003

Voicemail 6th Message

7AM ?
Re: William Bill Zissalis

(H) 584-3305
697 (H6)

079



080

9/4/03 Thur @ 11:38am Called him

Winthrop 800 - 788 5499 xt. 6577

xt. 6500 Amy / Dick Morgan

006623515

1130A

081

79044 © 1999 The Mead Corporation, Dayton, Ohio 45463 U.S.A.
Made in U.S.A. / Fabriqué aux États-Unis / Hecho en E.U.A.



082



083



084



085



086