

North American Scenes / Paysages nord-americains / Paisajes norteamericanos
79044 © 1999 The Mead Corporation, Dayton, Ohio 45463 U.S.A.
Made in U.S.A. / Fabriqué aux Etats-Unis / Hecho en E.U.A.

# 663.80 July

Act: 100173 2657
code city = Royal Chiefs

800-788-5499
ex. 6577

088



089



090

1) E4 600 Beretta 13B84 (380) $450 AUBURN after 5pm
777-5115

3) A1 650 Ruger P95 (2) $300 ASSABORO 9-3 BAM

D3. 650 Sci (6) — WINDHAM 892-7 $600

[scribbled out line] REMINGTON 875-4247

3) E 75 500 (40) SS 3mag. $500 737-A [scribbled] DRESDEN

C5 500 SW chiefs special nickel 1 7/8" snub 5 shot/wood
$325 o/b/o 386-1509 WOOLWICH

Uncle Henrys - My Notes                                    Page 1 of 2

🖨 Print
Return to Uncle Henrys
Return to My Notes
MICHAEL SMITH, tn's Note Pad

Oct 23 2003 4:32PM      685/285 ✓

Glock 27 compact 40 cal, exc. condition, 2 mags, holster, case, $400.00 firm.
Bath, ME
scarleton@suscom-maine.net, 207-443-8758

                        450/250

Taurus 22 LR 9 shot revolver. Blue. 100 rounds cycled. w/ box and keys. Excellent cond. $200 neg.
Burnham, ME
207-948-3483

Thompson submachine gun 1928A WWII reg. Parkerized 10 magazine 800 45APC ball many parts. $14k

                        690/190

Glock G23 40 SNW police gun 3 13 round mags fobus gun holster plus mag holster box of 40SNW $500 firm.
Waldoboro, ME
207-458-1447

                        680/180

40 cal. S&W 4006 stainless adjustable sights, holsters loading dies 3 mags. $50?
Dresden, ME
207-737-2448

                        680/305

1976S Ruger 45ACP only fired 20rds comes w/2 clips, factory box orig. loader asking $375 call after 4pm.
Auburn, ME
207-783-2658

                        675/225

Glock 17 9mm 10rd magazine exc. cond. polished Feedramp Super Reliable Shooter $450. Call Dan.
Mechanic Falls, ME
207-345-3228

                        640/265

Lahma 45 cal. pistol looks like a 1911,2 clips $375 in box w/ all manuals.
Old Orchard Bch, ME
207-934-8963

                        700/155

Colt .45ACP model 90 defender super concealed carry lightwt. two 8rd. mags, 3 1/2" bbl new $545 custom pc.
Wakefield, NH                                                           092
603-522-8472

```
_____**** KEY ****____
******= these item(s) may not be availible,due to the demand.
----- AMMO -----
.32 & .25 $20-30
.380 $20-30
9mm,FMJ $25-35 per/box of 50...
.40 $30-40
.10mm $30-40
.45 $30-45
other calibers are availible on request.
----- DELIVERY TIME -----
delivery will take between 3-6 business days,from the time of the payment ,and in any event that a selected item is not availible,a
comparative priced/qaulity item will be had in substitute to fullfill the order....
```

093



094

