**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

April 26, 2007

Zita Lovett, Courtroom Clerk
  Honorable Joseph L. Tauro
J. Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

> Re: <u>United States v. Michael Fowler</u>
>     Criminal No. 04-10308-JLT

Dear Ms. Malloy:

   Michael Fowler, the defendant in the above matter, is proceeding <u>pro se</u>. He is detained pending sentencing before this Court.

   Mr. Fowler was transferred by the U.S. Marshals from Essex County Correctional Center to MCI-Cedar Junction several months ago. Kindly update his address on the docket and forward all future docket entries to:

   Michael Fowler
   Massachusetts Correctional Institution
     Cedar Junction
   P.O. Box 100
   S. Walpole, MA  02071

   Thank you for your assistance. Please feel free to call me with any questions you may have.

                              Sincerely,

                              /s/ Timothy G. Watkins
                              Timothy G. Watkins
                              Assistant Federal Defender

TGW:tw

cc: Michael Fowler