UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 04-10308-JLT |
| ) | |
| MICHAEL FOWLER    ) | |

MOTION TO APPOINT COUNSEL AND
TO CONTINUE SENTENCING HEARING

Defendant, Michael Fowler, respectfully moves that this Court appoint the Federal Defender Office through undersigned as counsel to represent him in all further proceedings in connection with this case.  If the Court is inclined to appoint counsel, defendant further moves that the Court continue the sentencing hearing, presently scheduled for August 20, 2007, to November 8, 2007 or as soon thereafter as is convenient to the Court.  As support of this motion, defendant states the following:

1. Fowler has proceeded pro se in this matter since the inception of this case, as well as in a companion matter of United States v. Michael Fowler, Criminal No. 05-10145-NG before Judge Gertner.

2. Fowler, in his pro se capacity, negotiated a plea agreement with the government and pled guilty on May 17, 2006.  Shortly thereafter, the Probation Department interviewed Fowler and prepared a draft Presentence Report.

3. Fowler, in his pro se capacity, has since struggled to compose objections to the Presentence Report.  The Court has granted a number of continuances for him to do so; the most recent grant was on July 10, 2007.  In granting Fowler's request for a further continuance at that hearing, the Court set a deadline of August 3, 2007 for the submission of his objections.

4.  On August 3, 2007, the Probation Department advised undersigned counsel that it had not yet received Fowler's objections.

5.  On August 6, 2007, undersigned counsel met with Fowler at MCI Walpole, where he is currently being detained, to discuss the status of Fowler's pro se objections. At that meeting, Fowler informed undersigned counsel that he wished to revoke his previous request to proceed pro se and to have undersigned counsel represent him for all further proceedings, including the filing of objections, a sentencing memorandum (if necessary), and oral advocacy at the sentencing hearing.[1]

6.  Undersigned counsel informed Fowler that two major consequences would flow from his decision to request appointed counsel: (1) he would thereafter be precluded from filing any further motions, memoranda or other filing with the Court on his own, and (2) undersigned counsel would request a continuance of the sentencing hearing to accommodate undersigned counsel's looming trial schedule in other matters. Fowler understood and agreed to these consequences.

7.  Undersigned counsel will require a brief continuance of the sentencing hearing to review the discovery and plea agreement in this matter so that he can submit appropriate objections to the Presentence Report. Counsel will not be able to review these items until he completes trial in United States v. Gregory P. Simone, Criminal No. 06-10192, a three-week trial which is to begin on September 9, 2007.

8.  The government assents to this Motion, but will be on paternity leave and thus unavailable (in light of undersigned counsel's schedule) until mid-October.

---

[1] Fowler indicated that he had also mailed a motion to undersigned counsel requesting appointment of counsel; undersigned counsel has not yet received Fowler's written motion but is satisfied, based on the August 6, 2007 meeting and Fowler's inability to litigate the sentencing portion of his case, that Fowler is certain of his decision to request appointment of counsel.

Wherefore, defendant requests that the Court appoint the Federal Defender Office and the undersigned to represent defendant for further proceedings in this case, and that the Court continue the sentencing hearing and associated deadlines until November 8, 2007.

MICHAEL FOWLER,
By His Attorney:


/s/ Timothy Watkins
Timothy Watkins
 B.B.O. #567992
Federal Defender Office
408 Atlantic Ave. Third Floor
Boston, MA  02110
(617) 223-8061


CERTIFICATE OF SERVICE

   I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to United States Probation Officer Jennifer Sinclair by electronic mail and Michael Fowler by first class mail, on August 17, 2007.

/s/ Timothy G. Watkins
Timothy G. Watkins