UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V

MICHAEL FOWLER, A/K/A
MICHAEL SMITH

INDICTMENT NO.

# 04-10308-JLT.

DEFENDANTS
MOTION
IN RE PROPRIA PERSONA
TO APPOINT COUNSEL
FOR FURTHER PROCEEDINGS

The Accussed moves the court to Appoint Counsel for further proceedings before the court (tribunal), whether for any purpose that constitutionally may require the 'assistance of counsel', and consistent with the FIFTH article of the original Constitution For The United States (Sept.17,1787), and the SIXTH AMENDMENT of that Constitution, and the supporting cases thereto SCOTT V. ILLINOIS, 440 US 367,99 S.CT.1158(1979); ARGERSINGER V. HAMLIN, 407 US 25,92 SCT.2006(1972); GIDEON V. WAINWRIGHT, 372 US 335, 83 SCT.792(1963); GEDERS V.US, 425 US 80, 96 SCT.1330(1976); also see in JOHNSON V. ZERBST, 304 US 458, 463 (1938) has said (the 6th.Amdt. right to counsel in proceedings witholds from federal courts "the power and authority to deprive an accused of his Life or Liberty unless he has or waives the assistance of counsel"..); and BALDASAR V. ILLINIOS, 446 US 222,223(1980)(citing GIDEON), overruled on other grounds by NICHOLS V.US, 511 US 738(1994); GLOVER V.US, 531 US 198,203 (2001).

I

The 'accussed' is now requesting that the 'assistance of counsel' be so appointed, as the 'accused' is incapable of making any 'proper' and 'meaningful' defense as the 'accussed' is not getting an 'meaningful','adequate access' and or 'reasonable' access to a 'adequate law library' as is so required under the DUE PROCESS CLAUSE under the Constitution Article Five, and the Sixth Amendment For The United States of America(1787), and the NINTH AMENDMENT of the same. And to be so appointed consistently with the Federal R.Crim.P.Rule 44(a) ( an indigent defendant is

PAGE 1- 5.
includes 1 pg. attatchment.

I. (Continued):

entitled to appointed counsel from the initial appearance through appeals unless waived...), and citing JOHNSON V. ZERBST,304 US 558,463(1938), and progeny (line case) therein.

And in the DUE PROCESS CLAUSE (article 5,Const.1787), and in SANDIN V.CONNOR,515 US 472,484(1995) holding that prison conditions does not give rise to due process violations unless it constitutes "atypical and significant hardship" on the inmate (detainee) in relation to the ordinary incidents of prison life.. But in HUDSON V.PALMER,468 US 517,524(1984) the court held that "lawful imprisonment deprives [c]itizens of the freedom and other rights", but here with the 'accussed' is not 'actually convicted yet' as the court (tribunal) has yet to 'formally accept' the accused change of plea to 'guilty', and thus the 'accussed' could for any reason whatsoever revoke the prior action (plea agreement) and whether to proceed with a 'trial', and or otherwise as to any other action that the 'accused' may so elect, whether or not it is/was through the assistance of counsel or not. see Fed.R.Crim.P.Rule 11(d)(1),and or (2), AND SPECIFICALLY, see Rule 11(c)(3)(A), see e.g., US V.PATTERSON,292 F3d.615,624(9th.Cir.2002), where the court (tribunal) had chosen the THIRD OPTION, the court (tribunal) had elected to 'defer its decision until after it has an opportunity to reveiw a presentence report'..THUS, this would allow the 'accused',relies upon the holding of the 2nd, 7th, and 9th.Circuits that the defendant may freely withdraw a plea ,without having to give any reason for the withdrawal, up intil the court (tribunal) accepts the plea. However the 5th, 6th, and 8th.Circuits have held the opposite approach. US V.SHAKER, 279 F3d.494(7th.Cir.2002).

II.

Here the 'accused' has the 'RIGHTS' and 'DUE PROCESS PROTECTIONS' and other 'PROTECTIONS' via the Constitution For The United States of America(1787) and THE BILL OF RIGHTS, the DECLARATION OF INDEPENDENCE, ARTICLES OF CONFEDERATION (1777), THE MAGNA CHARTA (1215,AD), and the TREATY OF PEACE (1783),and other 'TREATISE/Compacts, i.e..contracts..therein to be so applicable hereto this entitled matter, as to whatever it may be known by.

PAGE 2-5.

RESERVATION OF RIGHTS
II. (Continued)

The 'Accused' herein the CAPTIONED matter specifically and expressly 'Reserves All Rights that are Unalienable' and 'Without Prejudice and Under Necessity', consistent with the Uniform Commercial Code Article 1, Section 207.; HALE V.HENKLE, 201 US 43,at 74 ("the individual may stand upon his constitutional rights (protections) as a citizen. He is entitled to carry on his private business in his own way. His power to Contract is Unlimited. He owes no duty to the State since he receives nothing therefrom, beyond the protections of Life and Property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the State, and can only be taken from him by due process of the Law and in accordance to the Constitution. He owes nothing to the public as long as he does not trespass upon their rights".; and see "In the United States the people are the sovereign and all the government cnanot sever its relationship to the people by taking away their citizenship.."--AFROYIM V.RUSK,387 US 253(1967); "People of a State are entitled to all rights (protections) which formerly belonged to the King by his prerogative.."--LANSING V.SMITH,4 (Wend) 9,20(1829); "since common usage, the 'term' person does not include the sovereign, statutes not implying the phrase are ordinarily construed to exclude it.."--Title 1 USC § 1,n.12--US V.FOX,94 US 315.; WILSON V.OMAHA,442 US 653,667(1979) citing US V. COOPER,312 US 600,604(1941).; ALSO SEE IN CHISOLM V. GEORGIA, 2 (Dall) 419,458.; cf.BOUVIER's 4Ed.Law Dictionary-SOVEREINGTY:"there is no authority above a Sovereign to which an appeal can be made", 4 Wheat 402.

I also take notice of the opinion by the Supreme Court (Atricle III Court Constitutional Court), as opposed to the Legislative Tribunals (Article I and Article II court), such as 'district courts' are tribunals and not a Constitutional Court (Article III only); of the case of WILLS V.MICHIGAN STATE POLICE,105 LEd.2d.45(1989) made it perfectly clear that ('I') the sovereign, cannot be named in any statute merely a 'person', or 'any person' ". I am a memmber of the "Sovereignty" as defined in YICK WO V.HOPKINS, 118 US 356, and "while sovereign powers are delegated to the agencies of government itself remains with the People, by whom, and for whom, all government exists and acts"....-- and the DRED SCOTT case,60 US 393. and see in US V.LEE,106 US 196,at 208.; BUT SUCH CASES AS CITED ARE NOT TO BE CONSTRUED AS EXCLUSIVE, AND NOT MEANT TO EXCLUDE WHAT IS NOT CITED, TO MEAN ALL RIGHTS HERETO AND THERETO ARE RESERVED AND ARE NOT TO WAIVED IN ANY FORM, METHOD OF ANY KIND WHATSOEVER IT MAY BE.--Without Prejudice.

III.

On August 3,2007, the accused had received a 'visit' from attorney TIMOTHY WATKINS. At that time the accused had informed ATTORNEY WATKINS that the accused had recently on August 2,2007, had mailed MOTION TO APPOINT COUNSEL TO THE COURT. At that time I had AUTHORIZED STAND-BY COUNSEL TIMOTHY WATKINS to INTERVENE on my behalf on the issue of having COUNSEL APPOINTED, eventhough I had recently mailed my MOTION FOR APPOINTMENT OF COUNSEL to

III.
CONTINUED:

TIMOTHY WATKINS office on August 2,2007, as In the (past)
I have mailed things either to the Court and or to ATTORNEY
WATKINS, for which it had never been received.

Between August 2,2007 and this date August 17,2007, I had heard
no further word from ATTORNEY WATKINS and or THE COURT in respect
to the MOTION FOR APPOINTMENT OF COUNSEL, and I had ASSUMED
that it had been received, and filed, and that COUNSEL WAS
APPOINTED AS I HAD HEARD NOTHING FROM ANYONE intil August 16,
2007 at 11:00 (pm) at night when LEGAL MAIL WAS DELIVERED TO MY
CELL, and this was from the <u>CLERKS OFFICE NOTICING ME THAT A
NEW SENTENCING DATE WAS SCHEDULED FOR THAT MONDAY (AUGUST 13,
2007 at 12:00 (pm))</u>.; and or in some event that it was not
actually recieved by ATTORNEY WATKINS to file with the Court
on my behalf, that He (WATKINS) was going to intercede and
and file MOTION ON MY BEHALF in order to preserve the issue of
APPOINTMENT OF COUNSEL ASSOON AS POSSIBLE hereto this entitled
matter.

As such I pray that the MOTION TO APPOINT COUNSEL BE SO ALLOWED
AND COUNSEL BE SO APPOINTED FOR FURTHER PROCEEDINGS BEFORE THE
COURT.

RESPECTFULLY SUBMITTED

AUGUST 17,2007.
at 1pm.

By: /s/ Michael William Smith © 8pc/PoA
MICHAEL V.FOWLER, AKA
MICHAEL W.SMITH©(ENS
LEGIS/TRUST),By Michael-
William:Smith©Secured Party
/Creditor and Trustee for
the DEBTOR:MICHAEL V.FOWLER,
MICHAEL W.SMITH©ALL RIGHTS
RESERVED WITHOUT PREJUDICE.
UCC 1-207. State of Maine UCC-(File
No. 257000867286, dt. 06/27/2007.

PAGE 4-5.
includes 1 pg.attatchment.

CERTIFICATE OF SERVICE

I HAVE ON THIS DATE PLACED INTO THE INMATE MAIL SYSTEM AT MCI WALPOLE,FOR
MAILING THIS DOCUMENT TO THE COURT AND TO THE AUSA (CONNOLLY) and TO
ATTORNEY WATKINS by prepaid first class mail prepaid,and FURTHER, I STATE
THAT IN FACT THAT I DID MAKE MAILING ORIGINALLY ON AUGUST 2,2007,OF A MOTION

CERTIFICATE OF SERVICE
CONTINUED

TO APPOINT COUNSEL, AND I FURTHER STATE THAT, TO BE TRUE, CORRECT AND COMPLETE AND NOT MEANT TO MISLEAD NOR DELAY THE COURT PROCEEDINGS THAT I DID IN FACT MAKE SUCH A MAILING ON THAT DATE (AUGUST 2, 2007, FRIDAY).

FURTHER, WITH THIS DOCUMENT I HAVE REQUESTED THAT IT BE FAXED TO THE FOLLOWING FAX NUMBER(s) BY THE DOC STAFF HARE AT MCI WALPOLE AT APPROX. 1:45 pm (AUGUST 17, 2007.).

Tel. # 617.223-8061

FAX: 617.223.8080 ATTORNEY TIMOTHY G. WATKINS (FEDERAL DEFENDERS OFFICE)

FAX: 617._____ US DISTRICT CLERKS OFFICE (Boston, Mass.)

Tel. 617.748-9152

copies of this motion have been mailed also this date (AUGUST 17, 2007), as for the ORIGINALS TO BE FILED UPON THE RECORD, AS THEY BEAR THE WET SIGNITURE OF THE DEFENDANT/DEBTOR therein.

DATE: August 17, 2007 @ 145pm. (approx)

By: _____
Michael-William:Smith, SPC, POA, authorized representative, and agent, attorney-in-fact, for and on the behalf of the DEBTOR: MICHAEL V. FOWLER © AKA MICHAEL W. SMITH © ENS LEGIS/DEBTOR TRUST. ALL RIGHTS RESERVED WITHOUT PREJUDICE. UCC 1-207.

THIS MOTION CONSIST OF FIVE (5) PAGES TOTAL. AND HAVE BEEN ALSO FAXED TO THE ABOVE FACSMILE TELEPHONE NUMBER(s) ON THIS DATE.

PAGE 5-5.
and one page attatchment (copy of ct.notice rev'd.date 08/16/07 @ 11pm.)

*Rec'd 8/16/07 Thurs @ 10:50 pm*

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 8/13/2007 at 12:21 PM EDT and filed on 8/13/2007
Case Name:      USA v. Fowler
Case Number:    1:04-cr-10308
Filer:
Document Number:   No document attached

Docket Text:
ELECTRONIC NOTICE OF RESCHEDULING as to Michael Fowler Sentencing set for 8/20/2007 12:00 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita)

1:04-cr-10308-1 Notice will be electronically mailed to:
Timothy G. Watkins   timothy_watkins@fd.org, barbara_bishop@fd.org, tgwatkins@comcast.net
William H. Connolly   William.Connolly@usdoj.gov, usama.ecf@usdoj.gov

1:04-cr-10308-1 Notice will not be electronically mailed to:

Michael V. Fowler
MCI Cedar Junction
PO Box 100
S. Walpole, MA 02071

Note: Atty. Watkins, FDS, was suppose intercede with a Mtn. to App't. Cnsl. if Dept. Mtn. was not rec'vd., etc... as have had previous problems with mail to, and from Ct., etc...